UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIGMA CONSTRUCTORES, S.A.,

             *Petitioner*,

      v.

REPUBLIC OF GUATEMALA,

             *Respondent*.

**Civil Action No. _____**

## DECLARATION OF JONATHAN C. CROSS
## IN SUPPORT OF PETITION TO CONFIRM FOREIGN ARBITRAL AWARDS

Pursuant to 28 U.S.C. § 1746, I, Jonathan C. Cross, declare as follows:

1.  I am a partner at Herbert Smith Freehills New York LLP, counsel of record for Sigma Constructores, S.A. ("Sigma" or "Petitioner").  I submit this declaration in support of Sigma's Petition to Confirm Foreign Arbitral Awards.

2.  I make this declaration based on personal knowledge of the facts set forth in this declaration, along with my review of relevant documents and information, which I have acquired in my role as counsel for Sigma.  If called upon to testify, I could and would testify competently thereto.

3.  Attached hereto as **Exhibit 1** is a true and correct copy and certified translation of the final award dated September 20, 2019 ("Award 1") in the case of *Sigma Constructores, Sociedad Anónima v. Republic of Guatemala*, Arbitration and Conciliation Center of the Guatemalan Chamber of Commerce Case No. 13-2018.

4.  Attached hereto as **Exhibit 2** is a true and correct copy and certified translation of the final award dated February 2, 2021 ("Award 2") in the case of *Sigma*

*Constructores, Sociedad Anónima v. Republic of Guatemala*, Cenac Foundation, Arbitration and Conciliation Center Case No. 11-2019.

5.   Attached hereto as **Exhibit 3** is a true and correct copy and certified translation of the final award dated March 5, 2021 ("Award 3," and collectively with Award 1 and Award 2, the "Awards") in the case of *Sigma Constructores, Sociedad Anónima v. Republic of Guatemala*, Arbitration and Conciliation Center of the Guatemalan Chamber of Commerce Case No. 10-2019.

6.   Attached hereto as **Exhibit 4** is a true and correct copy and certified translation of Contract No. 348-2000 between Sigma and the Republic of Guatemala ("Respondent"), dated November 21, 2000 ("Contract 1").

7.   Attached hereto as **Exhibit 5** is a true and correct copy and certified translation of Contract No. 502-2006-DGC between Sigma and Respondent, dated September 25, 2006 ("Contract 2").

8.   Attached hereto as **Exhibit 6** is a true and correct copy and certified translation of Contract No. 347-2000 between Sigma and Respondent, dated November 21, 2000 ("Contract 3").

9.   Attached hereto as **Exhibit 7** is a true and correct copy and certified translation of Article 1947 of the Guatemalan Civil Code.

10. Attached hereto as **Exhibit 8** is a true and correct copy and certified translation of Article 1946 of the Guatemalan Civil Code.

11. Attached hereto as **Exhibit 9** is a true and correct copy and certified translation of the judgment rendered by the Fifth Court of Appeals in Civil and Commercial Matters in Guatemala City, Guatemala confirming Award 1, dated February 21, 2020.

12. Attached hereto as **Exhibit 10** is a true and correct copy and certified translation

of the judgment rendered by the First Chamber of the Civil and Commercial Court of Appeals in Guatemala City, Guatemala confirming Award 2, dated July 19, 2021.

13. Attached hereto as **Exhibit 11** is a true and correct copy and certified translation of the judgment rendered by the Second Court of the Civil and Commercial Court of Appeals in Guatemala City, Guatemala confirming Award 3, dated June 29, 2021.

14. Attached hereto as **Exhibit 12** is a true and correct copy and certified translation of Article 43 of the Guatemalan Arbitration Law.

15. To date, Respondent has not made payment in the amount or form required by the Award 1, Award 2, or Award 3, and has therefore failed to comply with the terms of each respective Award.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2022
New York, New York

/s/ Jonathan C. Cross
Jonathan C. Cross (D.C. Bar No. NY0476)