# Exhibit 6

I, **JOSÉ ENRIQUE MONZÓN QUESADA,** Certified Translator, authorized in the Republic of Guatemala to translate the English and Spanish languages, pursuant to Resolution DIDEDUC GUATE-ORIENTE No. 114-2019/D.A.C-T.J REGISTRO 3-2019 issued by the Ministry of Education, HEREBY CERTIFY to have had at sight an **AGREEMENT, AND AN APOSTILLE,** written in Spanish. The relevant content of the aforesaid documents, faithfully translated by me into English to the best of my knowledge and ability, reads as follows:----------------------------------------

"**[AGREEMENT.]** [The agreement is printed in a letterhead paper from the Ministry of Communications, Infrastructure, and Housing of the Government of Guatemala.] [All of the front pages of the agreement have, on the left top corner, a seal with the following text:] Ministry of Communications, Infrastructure, and Housing, Government of Guatemala. [All of the front pages of the agreement have, on the right top corner, a seal with the following text:] 001776. Registry No.: [There is a blank space.] Officer No.: [There is a blank space.] Reference: [There is a blank space.] WHEN ANSWERING PLEASE WRITE DOWN THE NUMBER AND REFERENCE OF THIS NOTE. [All of the front pages of the agreement have, on the bottom, a footer with the following text:] *8a. Avenida y 15 Calle, Zona 13.* Telephone: 362-6051-5. Fax: 362-6066. mctop@inet.com.gt . [All of the front pages of the agreement are numbered, from 1 to 37.] [All of the front pages of the agreement have two illegible signatures on it.] [All of the back pages of the agreement have a seal, signed with an illegible signature, with the following text:] The undersigned Administrative Secretary of the Ministry of Communications, Infrastructure, and Housing CERTIFIES: That the present copy has been made from the original in its presence. Guatemala, August 3, 2021. Lic. José Antonio Alvarado Ramírez. Administrative Secretary, Ministry of Communications, Infrastructure, and Housing. GUATEMALA, CENTRAL AMERICA. MINISTRY OF COMMUNICATIONS, INFRASTRUCTURE, AND HOUSING. -------------------------------------------------------------------------------------

AGREEMENT NUMBER THREE HUNDRED AND FORTY-SEVEN DASH TWO THOUSAND (347-2000).-------------------------------------------------------------------------------



In Guatemala City on the twenty-first (21) of November of the year two thousand (2,000) we: On the one side, Mr. RAMIRO EDGARDO VILLATORO VILLATORO, of fifty-five (55) years of age, married, civil engineer, Guatemalan, from this domicile, with identification document with order number M dash thirteen (M-13) and registry number twelve thousand five hundred ninety-four (12,594), issued by the Mayor of the Municipality of Huehuetenango, department of Huehuetenango, I hereby act for the execution of this agreement representing the State of Guatemala, by delegation granted by the Minister of Communications, Infrastructure, and Housing, through office issued on November sixteen of the tear two thousand, which was given to me as DIRECTOR GENERAL OF ROADS, legal representation that I credit with the certification of the Administrative Agreement two hundred and thirty dash two thousand (23-2000) issued on March twenty seven (27) of the year two thousand (2,000), and approved by Ministerial Agreement six hundred eighty four dash two thousand (684-2000), and the Assumption of Office Record seven dash two thousand (7-2000) issued on March twenty seven (27) of the year two thousand (2,000), recorded on the folios four hundred ninety five (495) thru four hundred ninety seven (497) of the Record Book of the General Secretariat of the Directorate General of Roads, authorized by the General Comptroller's Office as per record one thousand six hundred eighty three (1,683), I designate the following address to receive notices, citations, and/or summons: my office located at the main building of the Directorate General of Roads, room number seven (7), *Finca Nacional La Aurora, zona trece (13)* of the capital city of Guatemala; and on the other side mister CARLOS HUMBERTO SUCHINI PAIZ, of forty-nine (49) years of age, married, Guatemalan, civil engineer, from this domicile, with identification document with order number M dash twenty (S-20) and registry number twenty-seven thousand three hundred ninety-four (27,394), issued by the Mayor of the Municipality of Chiquimula, department of Chiquimula, I designate the following address to receive notices, and citations: my office located at *cero calle "C"* number seventeen dash forty-three, *zona quince (0 calle*



José Enrique Monzón Quesada
Traductor Jurado
Certified Translator
REG. 3-2019 / Guatemala

2

"C" 17-43, zona 15) of this city; I hereby act as the General Manager and Legal Representative of the company SIGMA CONSTRUCTORES, SOCIEDAD ANÓNIMA, legal representation that I credit with: a) Notarial deed of my appointment issued on the twenty-eight (28) of January of the year two thousand (2,000) by the Notary José Urrutia Ipiña, issued on one (1) sheet of paper and filed on the General Commercial Registry of the Republic of Guatemala at number one hundred sixty-two thousand four hundred ninety-eight (162,498), page three hundred and seventy-eight (378), of book eighty-nine of Commerce Assistants on the eight (8) of February of the year two thousand (2,000); and b) Certified copy of public deed number one hundred thirty (130) dated eighteen (18) of December of the year one thousand nine hundred eighty (1,980) and issued on this capital city by the Notary Salvador Búcaro Hurtarte, which contains the articles of incorporation of the company "SIGMA CONSTRUCTORES, SOCIEDAD ANÓNIMA", filed on the General Commercial Registry of the Republic of Guatemala at number eight thousand two hundred thirty-six (8,236), page two hundred twenty (220), of book forty-five of Companies. All of the documentation was had at sight, and it is attested that the legal representations that are being exercised are sufficient in accordance with the law for the execution of the present Agreement of Expansion Of Civil Work For The Execution Of Tasks Of Section: "REHABILITATION OF ROUTE CA-2 ORIENTE, ESCUINTLA-PEDRO DE ALVARADO CITY AND ACCESSES" which is a part of the project "Pacific Coastline-CA 2 Oriente-Moyuta-CA 8 Los Hoyos-CA 1 Oriente El Zarzalito-CA 1 La Arenera; CA 1 El Zarzalito-El Molino-Barberena-Junction Santa Elena Barillas; and the accesses that the Ministry deems necessary to hire"; in accordance with article 2, paragraph c) of the Ministerial Agreement dated ten (10) of July of the year one thousand nine hundred ninety-six (1996). The appearing parties will be referred hereinafter as "THE STATE" and "THE CONTRACTOR", respectively; furthermore, the Ministry of Communications, Infrastructure, and Housing as "THE MINISTRY"; the Directorate General of Roads as "THE DIRECTORATE"; the Superior



José Enrique Monzón Quesada
Traductor Jurado
Certified Translator
REG. 3-2019 / Guatemala

3

Administrative Authority of "THE DIRECTORATE" as "THE DIRECTOR"; the Head of the Constructions Supervision Division of "THE DIRECTORATE" as "THE ENGINEER"; the consulting firm that supervises the work as "THE SUPERVISOR", the engineer representing "THE SUPERVISOR" on field as "THE DELEGATE RESIDENT"; the engineer representing "THE CONTRACTOR" on the work as "THE SUPERINTENDENT"; the guarantor company that warrants the fulfillment of this agreement as "THE GUARANTOR"; the Government Procurement Law, Decree number fifty-seven dash ninety-two (57-92) of the Congress of the Republic as "THE LAW"; and the General Specifications for the Construction of Roads and Bridges (May of 1,975 edition) of the Directorate General of Roads as "THE SPECIFICATIONS", in accordance with the following clauses: ----------------------------------------------------------------------------------------

**FIRST: BACKGROUND INFORMATION AND LEGAL BASIS.** We, "THE STATE" AND "THE CONTRACTOR", executed the Agreement number one hundred twenty-seven dash eighty-eight (127-88) for the works of Project DGC-7-88-C, CA DASH EIGHT (CA-8) MOYUTA CA DASH TWO (CA-2) ORIENTE, EXPANSION AND IMPROVEMENT. We the parties agree to execute the present AMENDMENT AND MODIFICATION AGREEMENT, based on: **A)** Articles three (3), nine (9), forty-seven (47), forty-eight (48), forty-nine (49), fifty-one (51), fifty-two (52), and one hundred five (105) of "THE LAW", and articles twenty-six (26), twenty-seven (27), twenty-eight (28), and seventy-five (75) of its Rules of Procedure; article thirty-four (34) of the Government Procurement Law (Decree 35-80 of the Congress of the Republic) and article fifty (50) of its Rules of Procedure (Government Agreement dated 9 of July of the year one thousand nine hundred eighty (1,980); and **b)** Article 2, paragraph c) of the Ministerial Agreement dated ten (10) of July of the year one thousand nine hundred ninety-six (1,996), where in order to make applicable article (75) of the Rules of Procedure of "THE LAW", Pacific Coastline-CA 2 Oriente-Moyuta-CA 8 Los Hoyos-CA 1 Oriente El Zarzalito-CA 1 La Arenera; CA 1 El Zarzalito-El Molino-



José Enrique Monzón Quesada
Traductor Jurado
Certified Translator
REG. 3-2019 / Guatemala

4

Barberena-Junction Santa Elena Barillas; and the accesses that the Ministry deems necessary to hire" is defined as a Project in Process. ---------------------------

**SECOND: PURPOSE OF THE AGREEMENT.** Through this agreement the works of the "REHABILITATION OF ROUTE CA-2 ORIENTE, ESCUINTLA-PEDRO DE ALVARADO CITY AND ACCESSES" section are being hired. The characteristics, design, and dimensions of the work are defined in the construction plats and contracting bases, comprised of "THE SPECIFICATIONS", the Technical and Special Specifications or the Special Dispositions and in the Work Estimates Worksheet, Unit and Total Prices, delivered to "THE CONTRACTOR". The work rows to be executed, as well as its estimates and prices, are the following:-------------------------------------------------------------------

MISCELLANEOUS ROWS: -------------------------------------------------------------------

ROW 607.04.- SIMPLE CONCRETE COATED DITCHES (2000) CAST ON SITE, three thousand (3,000) squared meters (m²), at a unit price of eighty-eight quetzals with thirteen cents (Q.88.13), and a total of TWO HUNDRED SIXTY-FOUR THOUSAND THREE HUNDRED NINETY QUETZALS (Q.264,390.00).----

ROW 708.- CONCRETE CURBS OF 15 CMS X 0.30 CMX 2500 PSI, one thousand (1,000) meters (m), at a unit price of ninety quetzals (Q.90.00), and a total of NINETY THOUSAND QUETZALS (Q.90,000.00).----------------------------------

SPECIAL WORKS. --------------------------------------------------------------------------

ROW 1.0.- SURFACE FOR REPAIRING BUMPS, INCLUDING DIGGING AND TRANSPORT OF INADEQUATE MATERIAL AND SURFACE eight hundred (800) cubic meters (m³), at a unit price of one thousand seven hundred quetzals (Q.1,700.00), and a total of ONE MILLION THREE HUNDRED SIXTY THOUSAND QUETZALS (Q.1.360,000.00)----------------------------------------------

ROW 2.0.- ADMINISTRATIVE WORK (SPECIAL STUDIES; THREE IRI AND DEFLECTION MEASUREMENTS; PROVISIONAL SIGNS; OTHERS), one (1.00) global, at a unit price of six hundred thousand quetzals (Q.600,000.00), and a total of SIX HUNDRED THOUSAND QUETZALS (Q.600,000.00). PAVEMENT. --



ROW 407(1).- HOT ASPHALTIC CONCRETE FOR SHOULDER ADJUSTMENT 1.00 METER WIDTH each AND 5 CMS. THICK, *DOES NOT INCLUDE TRANSPORT* twenty-eight thousand (28,000.00) tons of two thousand (2,000.00) pounds, at a unit price of three hundred eighteen quetzals with ninety-six cents (Q.318.96), and a total of EIGHT MILLION NINE HUNDRED THIRTY THOUSAND EIGHT HUNDRED EIGHTY QUETZALS (Q.8.930,880.00). -----------

ROW 407.- HOT ASPHALTIC CONCRETE TWO LAYERS OF 6.00 CMS EACH, WIDTH 9.00 MTS, DOES NOT INCLUDE TRANSPORT, two hundred ninety-four thousand (294,000.00) tons of two thousand (2,000.00), at a unit price of three hundred eighteen quetzals with ninety-six cents (Q.318.96), and a total of NINETY-THREE MILLION SEVEN HUNDRED SEVENTY-FOUR THOUSAND TWO-HUNDRED FORTY QUETZALS (Q.93.742,240.00). ------------------------------

ROW 407.09.- BITUMINOUS MATERIAL FOR ASPHALTIC CONCRETE, four million one hundred eighty-six thousand (4,186,000.00) gallons (Gal.), at a unit price of twenty-five quetzals (Q.25.00), and a total of ONE HUNDRED FOUR MILLION SIX HUNDRED FIFTY THOUSAND QUETZALS (Q.104.650,000.00). --

ROW 408.- TACK COAT, one hundred fifty-two thousand (152,000.00) gallons (Gal.), at a unit price of twenty-one quetzals with eighty-four cents (Q.21.84), and a total of THREE MILLION THREE HUNDRED NINETEEN THOUSAND SIX HUNDRED EIGHTY QUETZALS (Q.3.319,680.00).-------------------------------------------

ROW 207.06(b)(1).- TRANSPORT OF STONE OR GRAVEL FOR TRITURATION, MEASURED ON THE TRUCK, two thousand (2,000.00) cubic meters dash kilometer (m³-Km), at a unit price of four quetzals with twenty-five cents (Q.4.25), and a total of EIGHT THOUSAND FIVE HUNDRED QUETZALS (Q8,500.00). ------------------------------------------------------------------------

ROW 207.06(b)(2). TRANSPORT OF ASPHALTIC CONCRETE AND BLACK BASE, IN TRUCK, six million seven hundred sixty-two thousand (6.762,000.00) tons dash kilometer (Ton-Km), at a unit price of three quetzals with twenty-five cents (Q.3.25), and a total of TWENTY-ONE MILLION NINE HUNDRED SEVENTY-SIX THOUSAND FIVE HUNDRED QUETZALS (Q.21.976,500.00). ---



José Enrique Monzón Quesada
Traductor Jurado
Certified Translator
REG. 3-2019 / Guatemala

6

ROW 207.06(b)(3).- TRANSPORT OF CRUSHED MATERIAL FOR BASE, ASPHALTIC CONCRETE AND TRANSPORT OF SUB-BASE MATERIAL, MEASURED ON THE TRUCK, two thousand (2,000.00) cubic meters dash kilometer (m³-Km), at a unit price of three quetzals with ninety-five cents (Q.3.95), and a total of SEVEN THOUSAND NINE HUNDRED QUETZALS (Q.7,900.00).--

TRAFFIC CONTROL DEVICES:--------------------------------------------------------------

ROW 706.08(a)(1).- THERMOPLASTIC PAINT FOR MIDDLE LINE, one hundred eight (108.00) kilometers (Kms.), at a unit price of twelve thousand six hundred twenty-two quetzals with fifty cents (Q.12,622.50), and a total of ONE MILLION THREE HUNDRED SIXTY-THREE THOUSAND TWO HUNDRED THIRTY QUETZALS (Q.1.363,230.00).--------------------------------------------------------------

ROW 706.08(b)(1).- THERMOPLASTIC PAINT FOR NON-MIDDLE LINE, two hundred sixteen (216.00) kilometers (Kms.), at a unit price of twelve thousand six hundred twenty-two quetzals with fifty cents (Q.12,622.50), and a total of TWO MILLION SEVEN HUNDRED TWENTY-SIX THOUSAND FOUR HUNDRED SIXTY (Q.2.726,460.00). -------------------------------------------------------------

ROW 707.05(C)IP.- TRAFFIC SIGNS INDICATING THE PROJECT, SUPPLY AND INSTALLATION, four (4) units, at a unit price of nine thousand nine hundred quetzals (Q.9,900.00), and a total of THIRTY-NINE THOUSAND SIX HUNDRED QUETZALS (Q.39,600.00). -------------------------------------------------

ROW 709.- NIGHT ROAD SIGNS, SUPPLY AND INSTALLATION, thirty-six thousand (36,000.00) units (U), at a unit price of forty-five quetzals with thirty-eight cents (Q.45.38), and a total of ONE MILLION SIX HUNDRED THIRTY-THREE THOUSAND SIX HUNDRED EIGHTY QUETZALS (Q.1.633,680.00).-----

The total amount of this agreement sums up to TWO HUNDRED FORTY MILLION SEVEN HUNDRED FORTY-FIVE THOUSAND SIXTY QUETZALS (Q.240.745,060.00), which includes the current Value Added Tax (VAT) of ten percent (10%). ------------------------------------------------------------------------

**THIRD: VALUE AND FORM OF PAYMENT OF THE AGREEMENT: A)** VALUE OF THE AGREEMENT: The total value of this agreement sums up to TWO



HUNDRED FORTY MILLION SEVEN HUNDRED FORTY-FIVE THOUSAND SIXTY QUETZALS (Q.240.745,060.00), which includes the current Value Added Tax (VAT) of ten percent (10%) and its payment will be made through budget allocation number: 2000-013-11-01-051-60-331-20-41040 AND 2000-013-11-01-051-60-331-20-11000 of the current Income and Outcome Budget of the State and other allocations which in the future should be determined. **B)** FORM OF PAYMENT: **B.1)** DOWN PAYMENT. In accordance with article fifty-eight (58) of "THE LAW", "THE STATE" will make a TWENTY PERCENT (20%) down payment to "THE CONTRACTOR" of the original value of the agreement equivalent of FORTY-EIGHT MILLION ONE HUNDRED FORTY-NINE THOUSAND TWELVE QUETZALS (Q.48,149,012.00). The down payment will be made to "THE CONTRACTOR" in quetzals, in cash and/or negotiable instruments qualified as first order in the financial market and, in any case, previously accepted by "THE CONTRACTOR". To receive the down payment "THE CONTRACTOR" must comply with the following requirements: **1)** Present an Inversion Program for the total sum of the down payment, which should be accepted by "THE SUPERVISOR" with approval from "THE ENGINEER" and "THE DIRECTORATE". **2)** Present previously an advance bond in accordance with article sixty-six (66) of "THE LAW"; the sum of this bond shall be the same as the total of the down payment given to "THE CONTRACTOR". This bond cannot be endorsed in any case by "THE CONTRACTOR" and must be valid until the total of the down payment given is amortized. The Advance Bond will be executed by "THE MINISTRY" if "THE CONTRACTOR" does not correctly apply the down payment in accordance with article (34) of the Rules of Procedure of "THE LAW". This payment will be made in a term no longer than THIRTY (30) DAYS, since the date of presentation of documents to "THE SUPERVISOR" of the complete documentation mentioned above. **B.2)** PARTIAL PAYMENTS. **1)** Partial payments will be made compared with work estimates delivered by "THE CONTRACTOR" and accepted by "THE DELEGATE RESIDENT". In no case the estimates should cover periods greater than a calendar month, this to preserve



the right application of price indexes. If for any justified reason there are no estimates in a month, it will be attested by "THE SUPERVISOR" in a deed. For the payment of the estimates "THE CONTRACTOR" will present in written form to "THE SUPERVISOR" the project estimates within five (5) days next to the expiration of the corresponding period; within the next five (5) days of receipt "THE SUPERVISOR" must examine and approve the estimates, solving any difference with "THE CONTRACTOR". In any case, any difference that would result in favor or against "THE CONTRACTOR" will be fixed in the next estimates or in the payment upon termination. **2)** The payments to "THE CONTRACTOR" will be made in a term no longer than THIRTY (30) DAYS after the date in which "THE CONTRACTOR" presents to "THE SUPERVISOR" the complete documentation. **3)** The documentation that "THE CONTRACTOR" must present is the following: **3.1)** Worksheet of effective work delivered in the period, dully signed as accepted by "THE DELEGATE RESIDENT"; **3.2)** Copy of the payment receipts of the the employer and employee contributions to the Guatemalan Institute of Social Security from the last period of that of the estimates presented; **3.3)** Certificate issued by the Accountant of "THE CONTRACTOR", where there is proof that the employees payment is up to date; **3.4)** Worksheet of the estimates made in accordance with the work delivered and accepted by "THE SUPERVISOR". **4)** The payments will be made in accordance with the unit prices determined on the first clause of this agreement; what is determined in "THE SPECIFICATIONS" and in the Technical and Special Specifications or the Special Dispositions; the bid of "THE CONTRACTOR"; as well as the Supplementary Statements of Work, Changes of Order, Additional Work Agreements, Amendment Agreements and Administrative Work, authorized by "THE DIRECTOR". They payment will be made only regarding the work effectively delivered and authorized for payment by "THE SUPERVISOR". **5)** With the documentation presented by "THE CONTRACTOR", "THE SUPERVISOR" will issue the corresponding deed. The deed will be signed by "THE DELEGATE RESIDENT" and "THE SUPERINTENDENT", "THE



SUPERVISOR" will do what is in its authority and will send to "THE DIRECTION" the following for payment: **5.1)** The Work Estimates Worksheet signed by "THE DELEGATE RESIDENT" and by "THE SUPERINTENDENT" with approval from "THE ENGINEER". **5.2)** Certified copies of the abovementioned deed where there is proof of the quantities and values of the work delivered; **5.3)** Proof that evidences the way in which "THE CONTRACTOR" is complying with the approved Work Schedule; and **5.4)** Proof presented by "THE CONTRACTOR" that the employees' payment is up to date and that there is no back pay in the Guatemalan Institute of Social Security (IGSS). [IGSS for its acronym in Spanish.] **6)** The fact that a work had been include in a periodical estimates, even though it had been paid, does not constitute the delivery of such work, since "THE STATE" reserves expressly the right to present any claim regarding work that has not been executed, a construction misdelivered or undue payment. **C) PAYMENT UPON TERMINATION.** The quantities owed to "THE CONTRACTOR" upon termination, will be paid within the next THIRTY (30) DAYS of the date in which "THE DIRECTOR" approves the payment upon termination of the agreement, or THIRTY (30) DAYS after the one (1) month term determined on article fifty-seven (57) of "THE LAW" has expired, without that causing any decision regarding the liquidation plan upon termination presented by "THE CONTRACTOR", **D)** OTHER PAYMENTS. Any payment made to "THE CONTRACTOR" derived from the terms of this agreement and the documents incorporated into it shall be in quetzals, in cash and/or negotiable instruments qualified as first order in the financial market and, in any case, previously accepted by "THE CONTRACTOR", within the term of thirty (30) days after all the corresponding documentation has been presented to "THE SUPERVISOR". **E) LATE PAYMENTS.** If "THE STATE" does not make any payment determined on this agreement, the ones stated in articles fifty-eight (58), fifty-nine (59) and sixty-one (61) of "THE LAW" within the term of thirty (30) days stated in article (62) of "THE LAW", it must pay "THE CONTRACTOR" interest that will be calculated on the sum of the debt, in accordance with article sixty-three (63) of "THE LAW".-----



**FOURTH: DOWN PAYMENT AMORTIZATION.** The sum given as down payment must be amortized in whole by "THE CONTRACTOR" at the end of the financial execution of this agreement. The reduction of the down payment will be calculated by multiplying the gross sum of each estimate by the same percentage given, without including in the estimate, the sum of Supplementary Statements of Work, Changes of Order, Additional Work Agreements, Amendment Agreements and Administrative Work by which a down payment had not been granted. ----------------------------------------------------------------------------------------

**FIFTH: TERM, WORK COMMENCEMENT, WORK SCHEDULE, PENALTIES, EXTENSIONS AND SUSPENSIONS OR TERMINATION. A)** TERM: The term to deliver the works in this agreement is of seven hundred ten (710) calendar days since the date in which "THE CONTRACTOR" is notified the approval of this agreement. **B)** WORK COMMENCEMENT: "THE CONTRACTOR" must commence with the works hired within thirty (30) days calendar after the date in which it is notified the approval of this agreement. Once the works have commenced, a deed will be issued. **C)** WORK SCHEDULE: Within the next thirty (30) days after the commencement of the work, "THE CONTRACTOR" must present a definitive work schedule, which must be subject to the priority order and conditions stated on the Technical and Special Specifications or the Special Dispositions which govern the delivery of the works hired. Said schedule will be amended in case: **1)** Supplementary Statements of Work, Additional Work Agreements or Changes of Order are issued which increase or diminish the estimates previously planned; **2)** Extensions to the term of this agreement are approved; **3)** "THE SUPERVISOR" issues Orders which amend the work sequence determined on the approved work schedules; and **4)** When for circumstances not attributable to "THE CONTRACTOR" there is a delay in the delivery of the construction. To amend the work schedule within the terms of this agreement refers to the action of rescheduling the activities in a logic way according to the elements that may be affected, such as delivery pre-requisites, equipment performance and weather. **D)** PENALTIES: **1)** If "THE



CONTRACTOR" would not deliver the work in a satisfactory manner within the contractual term for circumstances attributable to it, it will be penalized with the payment of a fine for each day of delay in the delivery of the construction, in accordance with article eighty-five (85) of "THE LAW". **2)** If "THE CONTRACTOR" breaches totally or partially this agreement, against "THE STATE" interests, for a variation in the quality, quantity or omission of goods, materials or a mix of these, it will be penalized with a fine of ONE HUNDRED PERCENT (100%) of the sum of money that represents the part affected of the negotiation. **3)** Once the term defined in the agreement expires, as well as its extensions, "THE DIRECTION" will deduct from any partial payment the sums that "THE CONTRACTOR" must pay in concept of sanctions by delay in the delivery of them. **E)** EXTENSIONS: "THE STATE" will grant extensions to the term defined in this agreement for the delivery of the work in the following manner: **1)** In accordance with sub-section one hundred nine point cero seven (109.07), paragraph b) of "THE SPECIFICATIONS", when the reasons there determined affect the normal delivery of the work; and **2)** In the case of extensions due to change documents, in accordance with article 52 of "THE LAW", "THE DIRECTOR" simultaneously and in a single file will approve the extension and its corresponding change document. The extensions referred to in this subparagraph 1) will also be approved by "THE DIRECTOR". **F)** **SUSPENSION OR TERMINATION.** "THE CONTRACTOR" can terminate this agreement or suspend temporarily the work if "THE STATE" would delay the payments determined on this agreement for a term longer than THIRTY (30) DAYS, since the date of presentation to "THE SUPERVISOR" of the documentation indicated in the third clause, paragraph B.2), subparagraph 3) of this agreement. Once the abovementioned THIRTY (30) DAY term expires, "THE CONTRACTOR" must communicate to "THE SUPERVISOR" the intention to suspend the work or to terminate this agreement, and if within a term of FIFTEEN (15) DAYS since the notice of said communication to "THE SUPERVISOR" the payment has not been made, "THE CONTRACTOR" may suspend the delivery of



José Enrique Monzón Quesada
Traductor Jurado
Certified Translator
REG. 3-2019 / Guatemala

work and be compensated in accordance with paragraph ( c ) of sub-section one hundred nine point ten (109.10) of "THE SPECIFICATIONS" or request the termination of this agreement. In case of suspension, the extension of the term for the work delivery will be automatically granted for the same amount of time of the temporary suspension. Said time will be counted based on the deed that must be issued by "THE SUPERVISOR" at the commencement and conclusion of the temporary suspension with intervention of "THE CONTRACTOR" and it will be paid to this all of the construction maintenance expenses and of surveillance of its facilities, depreciation and maintenance of the equipment at use at the moment of the suspension and that remains at the construction site, additional premiums for the extension of the advance and performance bonds, as well as the insurances, that for this cause had to be paid, in addition to those additional expenses dully proven to be originated from the temporary suspension of the construction. ------------------------------------------------------------------------------------------------

**SIXTH: ACTS OF GOD AND FORCE MAJEURE.** For the purposes of this agreement, Acts of God and Force Majeure mean the occurrence of such unforeseen events, and those that still being foreseeable are insuperable and, in any case, apart from the will of the parties; and that prevent or excuse the compliance of their obligations. For these purposes the following, among others, will be considered as Acts of Good and Force Majeure: **1)** Natural disasters; telluric movements, volcanic eruptions, flooding disasters, fires; **2)** Civil war; **3)** Strikes and labor stoppages; **4)** Public disorders; and **5)** Any other disaster motivated by unforeseen circumstances, derived from nature or situations beyond the will of the parties to which it is not possible for them to resist, as long as the events have affected directly or indirectly and in a real and effective way the timely compliance of the contractual obligations. Each party is bound to communicate to the other, within a term of TEN (10) DAYS the occurrence of an event that may be considered as an Act of God or Force Majeure, along with the proof of them, in accordance with article twenty-seven (27) of the Rules of Procedure of "THE LAW". The incapacity to comply with obligations due to the



José Enrique Monzón Quesada
Traductor Jurado
Certified Translator
REG. 3-2019 / Guatemala

occurrence of an event that is an Act of God or Force Majeure, will cause the suspension of the construction and the automatic grant of the extension of the term, without any penalization. In any case, the extension term will not be longer than the suspension by the causes or circumstances that originated the Act of God or Force Majeure. -------------------------------------------------------------------------------

**SEVENTH: PRICE FLUCTUATION: A)** "PRICE FLUCTUATION" is understood as the increase or decrease of the goods, supplies and construction costs, compared to the prices of the bid presented by "THE CONTRACTOR" and incorporated into this agreement, which will be acknowledged by the parties and will be accepted for payment or deduction. The sum of the price fluctuation will be acknowledged and be paid or deducted to "THE CONTRACTOR", in accordance with articles seven (7) and sixty-one (61) of "THE LAW"; following the procedure determined in article three (3) paragraph (1), SYSTEM OF FORMULAS, from the Rules of Procedure of "THE LAW". The payments due to price fluctuation will be made in accordance with paragraph D) of the third clause of this agreement. **B)** GENERAL FORMULA: The general formula for price readjustment of the different elements that compose each of the rows is the following: $R = (C-I) A^*E$; where $R$ = readjustment value; $E$ = gross sum of calculation or payment; $A$ = advance factor; which will be applied calculating the percentual relationship between the amortized down payment and the original sum of the agreement on which it was granted in accordance with the table described in article three (3) of the Rules of Procedure of "THE LAW"; $C$ = readjustment factor of every row which will be calculated in accordance with this formula: $C = Ko + \Sigma Ke \times Ie/Io$; where; $Ko$ = weight coefficient that represents the fixed expenses of the agreement (bonds, insurances, legal expenses, professional and/or tax stamps, connections for provisional installations and administrative expenses) which must not exceed six percent (6%); $\Sigma$ = Summation; $Ke$ = weight coefficient of every element within the row of work of the agreement; $Ie$ = price index of the element on the month to which the estimate belongs, in accordance with the current work schedule; $Io$ = price index of the



element on the month of the receipt of the bid or of the presentation of prices for additional work and amendments of the agreement, stated on article (52) of "THE LAW"; said Additional Work Agreements must contain expressly the particular formulas to be applied and it will be specified the month of presentation of the bid of such additional work. **C)** PROCEDURE FOR CALCULATION: **1)** Once the sum of the work estimate for each period is determined, the fluctuation caused will be calculated, through the application of the particular formulas of this agreement, in accordance with the price indexes published by the National Statistics Institute (INE). [INE for its acronym in Spanish.] If the indexes belonging to the estimate month would not be published when the calculation is made, the ones published prior to those will be the ones governing with a provisional character. **2)** The fluctuation will be calculated for the date on which the work estimate should have been delivered in accordance with the current work schedule, although it would have been delivered afterwards. When a breach from "THE CONTRACTOR" occurs, the cost overruns belonging to the discrepancy period comprised between the scheduled date and the delivery date will not be acknowledged. It must be understood that the work schedule will be amended when the delay in the delivery of the construction is due to causes not attributable to "THE CONTRACTOR". The work schedule may also be amended when extensions to the term are authorized and when the supervisor commands changes in the order of delivery of the work rows. **3)** In the case in which "THE CONTRACTOR" delivers the work before what is stipulated in the work schedule, the fluctuation will be calculated with the indexes of the month of the estimate in which the work has been delivered. **4)** Along with the work estimate, the cost overrun will be paid, which can be subject to an increase or decrease adjustment, depending on the result of the application of the corresponding final indexes. **5)** Within the next twenty (20) calendar days after the publication of the price indexes, "THE CONTRACTOR" will present the calculation of the final fluctuations for each period, determining the difference existing with the provisional calculation made jointly with the work estimate. In the next estimate



the corresponding adjustment will be made. If there would not be any work estimates pending, the adjustment will be done in the payment upon termination. If "THE CONTRACTOR" does not present within the abovementioned term the request for a final adjustment, the right to claim any difference in favor of it between the final adjustment and the provisional readjustment will be barred. Once the abovementioned term has expired without "THE CONTRACTOR" having presented its request for a final adjustment, the supervisor must calculate it within the next ten (10) calendar days in order to, if the adjustment is in favor of "THE STATE", deduct it from the next estimate. **D)** PARTICULAR FORMULAS: The formulas to use on the calculation of the readjustment factor "C" for each row, are these: --------------------------------------------------------------------------------------

The formulas for each row are: **1.)** ROWS WHICH BID DATE IS SEPTEMBER OF NINETEEN HUNDRED NINETY-SIX (1996): ROW 607.04.- SIMPLE CONCRETE COATED DITCHES (2000) CAST ON SITE. **C1:** $= 0.06 + 0.07$ M.23 $+ 0.04$ M.21 $+ 0.05$ C.3 $+ 0.01$ M.6 $+ 0.19$ J4.7 $+ 0.05$ J4.1 $+ 0.15$ J4.8 $+ 0.07$ M.4 $+ 0.31$ N.1. ROWS 407 (1).- HOT ASPHALTIC CONCRETE FOR SHOULDER ADJUSTMENT 1.00 METER WIDTH EACH AND 5 CMS. THICK, DOES NOT INCLUDE TRANSPORT AND 407.- HOT ASPHALTIC CONCRETE TWO LAYERS OF 6.00 CMS EACH, WIDTH 9.00 MTS, DOES NOT INCLUDE TRANSPORT. **C2** $= 0.06 + 0.26$ M.23 $+ 0.17$ M.21 $+ 0.29$ C.1 $+ 0.01$ M.6 $+ 0.10$ M.4 $+ 0.11$ N.1. ROW 408.- TACK COAT. **C3:** $= 0.06 + 0.08$ M.23 $+ 0.06$ M.21 $+ 0.07$ C.1 $+ 0.01$ M.6 $+ 0.54$ C.4 $+ 0.18$ N.1. ROWS 706.08(a)(1).- THERMOPLASTIC PAINT FOR MIDDLE LINE; 706.08(b)(1).- THERMOPLASTIC PAINT FOR NON-MIDDLE LINE; and 709.- NIGHT ROAD SIGNS, SUPPLY AND INSTALLATION. **C4** $= 0.06 + 0.03$ M.23 $+ 0.03$ M.21 $+ 0.06$ C.1 $+ 0.78$ M.15 $+ 0.04$ N.1. ROW 707.05 (C)IP.- TRAFFIC SIGNS INDICATING THE PROJECT, SUPPLY AND INSTALLATION. **C5** $= 0.06 + 0.01$ M.21 $+ 0.02$ C.3 $+ 0.88$ M.15 $+ 0.03$ N.1. **2.)** ROWS WHICH BID DATE IS AUGUST OF TWO THOUSAND (2000): ROW 708.- CONCRETE CURBS OF 15 CMS X 0.30 CMX 2500 PSI. **C6:** $0.06 + 0.07$ M.23 $+ 0.04$ M.21 $+ 0.05$ C.3 $+ 0.01$



M.6 + 0.19 J4.7 + 0.05 J4.1 + 0.15 J4.8 + 0.07 M.4 + 0.31 N.1. ROW 1.0.- SURFACE FOR REPAIRING BUMPS, INCLUDING DIGGING AND TRANSPORT OF INADEQUATE MATERIAL AND SURFACE. **C7** = 0.06 + 0.15 M.23 + 0.11 M.21 + 0.07 C.1 + 0.04 C.2 + 0.07 N.1 + 0.33 C.6 + 0.11 J4.8 + 0.06 J4.1. ROW 2.0.- ADMINISTRATIVE WORK (SPECIAL STUDIES; THREE IRI AND DEFLECTION MEASUREMENTS; PROVISIONAL SIGNS; OTHERS). COST OVERRUNS WILL NOT BE ACKNOWLEDGED. ROW 407.09.- BITUMINOUS MATERIAL FOR ASPHALTIC CONCRETE. **C8** = 0.06 + 0.94 C.4. ROWS 207.06(b)(1).- TRANSPORT OF STONE OR GRAVEL FOR TRITURATION, MEASURED ON THE TRUCK; ROW 207.06(b)(2).- TRANSPORT OF ASPHALTIC CONCRETE AND BLACK BASE, IN TRUCK; and ROW 207.06(b)(3).- TRANSPORT OF CRUSHED MATERIAL FOR BASE, ASPHALTIC CONCRETE AND TRANSPORT OF SUB-BASE MATERIAL, MEASURED ON THE TRUCK. **C9** = 0.06 + 0.29 M.23 + 0.19 M.21 + 0.25 C.3 + 0.01 C.2 + 0.10 M.6 + 0.10 N.1. ------------------------------------------------------------------

DESCRIPTION OF INDEXES OF THE NATIONAL STATISTICS INSTITUTE USED IN THE PARTICULAR FORMULAS. C.1 DIESEL OIL. C.2 OIL FOR DIESEL ENGINE. C.3 REGULAR GASOLINE. C.4 BITUMINOUS MATERIAL AC-85/100. C.6 BITUMINOUS MATERIAL RC-250. J4.1 RIVER SAND. J4.7 CEMENT (GOVERNMENTAL PRICE). J4.8 PEBBLE OF ¾" (1/2" AND 3/8"). M.4 FREIGHT TRANSPORT. M.6 NATIONAL TRUCK (900x20) TIRES. M.15 PAINT FOR ROAD SIGNS (FLUORINE). M.21 IMPORTED SPARE PARTS FOR HEAVY MACHINERY. M.23 MACHINERY. N.1. SALARY. O.5 CONSUMER INDEX PRICE CAPITAL CITY------------------------------------------------------------------

**EIGHT: PERSONNEL AND SALARIES. a)** "THE CONTRACTOR" IS OBLIGED TO HIRE AS "SUPERINTENDENT" a civil engineer that represents "THE CONTRACTOR" in any technical situation needed for the delivery of the work. **b)** "THE CONTRACTOR" must comply with articles thirteen (13) and sixty-one (61) of paragraph b) of the Decree one thousand four hundred forty-one (1,441) of the Congress of the Republic (Labor Code). The salaries that must be paid cannot



be inferior to what is indicated in subsection one hundred eight point cero three (108.03) of "THE SPECIFICATIONS" and in other legal dispositions of the Republic of Guatemala. **c)** "THE CONTRACTOR" at its own expense and under its own responsibility will pay wages and salaries, labor and materials payrolls, employer contributions to the Guatemalan Institute of Social Security and other obligations required by law and labor legal dispositions and will assume the role of employer, exempting expressly "THE STATE". ----------------------------------------

**NINTH: OBLIGATIONS OF "THE CONTRACTOR".** **A)** "THE CONTRACTOR" is obliged to deliver all of the works hired in accordance with the Plats, Technical and Special Specifications and to "THE SPECIFICATIONS". **b)** "THE CONTRACTOR" must have carefully examined the contractual documents and recognize in the field the places where the work will be delivered. **c)** "THE CONTRACTOR" must not physically commence the change of any design, without having with a prior written authorization from "THE SUPERVISOR". If "THE CONTRACTOR" shall undertake such change without complying with the abovementioned requirements, said change will be made at its own risk and expense. **d)** "THE CONTRACTOR" must present sufficiently in advance to the "SUPERVISOR", a sample of the materials to be used, if these were of national origin, and if they were imported, its manufacturer's certificate, which must be approved by "THE SUPERVISOR" before being used in the construction. Additionally "THE SUPERVISOR" might request from "THE CONTRACTOR" samples of the imported materials to be subject to tests, when the certificates of said materials do not belong specifically to the corresponding batch or if this is insufficient. **e)** Upon written instruction from "THE SUPERVISOR", "THE CONTRACTOR" must remove, with reasonable cause, any worker or employee from the construction that is proven to be incompetent, negligent, insubordinate and harmful to the good delivery of the work. **f)** At the commencement of the work, "THE CONTRACTOR" must give written notice to "THE SUPERVISOR" of the name of the person designated as Superintendent and the executive personnel. It must also give notice of changes occurring during the delivery of the



work. **g)** "THE CONTRACTOR" must provide all the equipment, machinery, tools, fuel, lubricants, materials, labor force and every other element needed for the delivery of the works hired. As well, "THE CONTRACTOR" must build, maintain and operate at its own expense its own campsites. ----------------------------------------

**TENTH: SUBCONTRACTING AND PROHIBITIONS**. "THE CONTRACTOR" might partially subcontract the work subject to this agreement as long as there is a previous authorization from "THE MINISTRY". The subcontractors must comply with what is determined in article fifty-three (53) of "THE LAW". For said purpose, "THE CONTRACTOR" must, with its corresponding request, present a subcontracting proposal, which must be approved by "THE MINISTRY" and granted through a public deed. "THE CONTRACTOR" must present the copies required by "THE MINISTRY". It is forbidden for "THE CONTRACTOR" to assign, encumber, dispose, or transfer in any form the rights and obligations determined on this agreement, without the express authorization of "THE STATE"; in any case, the sum of all subcontracts cannot be greater than the fifty percent (50%) of the main agreement. ------------------------------------------------------------------------------

**ELEVENTH: BONDS, INSURANCES, LIABILITY TERM. A)** ADVANCE BOND: For "THE CONTRACTOR" to receive the down payment, it must provide a bond in favor of "THE MINISTRY", an advance bond that guarantees ONE HUNDRED PERCENT (100%) of it, issued by a bonding company dully authorized for these types of operations in the country, to guarantee its correct application. This bond cannot be endorsed in any case by "THE CONTRACTOR" and must be valid until the down payment is fully amortized. The advance bond will be redeemed if "THE CONTRACTOR" would not correctly apply the down payment. As the case may be, once the corresponding report has been received which must be issued by "THE DIRECTION" regarding the reasons justifying the redemption of the bond. "THE MINISTRY" will command the order for payment. "THE BONDING COMPANY" must make the payment within a term of FIFTEEN (15) DAYS since the order for payment. **B)** PERFORMANCE BOND. As a requirement for the approval of this agreement, by Ministerial Agreement, "THE CONTRACTOR"



must provide a performance bond in favor of "THE MINISTRY" issued by a bonding company dully authorized for these types of operations in Guatemala and whose capacity and financial stability is renowned, equivalent to a TEN PERCENT (10%) of the original value of this agreement, which will guarantee: **1)** With a ten percent (10%) the salaries and employee benefits payments to the employees, including the employer contributions to the Guatemalan Institute of Social Security determined by law; **2)** With the remaining ninety percent (90%), the fulfillment of the agreement in accordance with "THE SPECIFICATIONS", plats and other contractual documents, as well as the delivery of the work within the stipulated term. The Performance Bond must be valid until "THE CONTRACTOR" substitutes it with the Maintenance Bond. The performance bond will be redeemed if "THE CONTRACTOR" triggers any of the scenarios listed in the subparagraph 1) of the twelfth section of this agreement and, in such case, "THE MINISTRY" will issue a disposition granting "THE CONTRACTOR" and its bondsman, a TEN (10) DAY term for it to, with the evidence and documentation needed, manifest what they seem fit defending their interests. Once the abovementioned term has expired "THE MINISTRY" will dismiss the formulated charge or shall issue a resolution, on its choice, in order to proceed in accordance with the following options: **A)** "THE MINISTRY" will grant "THE BONDING COMPANY" a term of fifteen (15) days for it to intervene in order to guarantee the completion of the construction, in accordance with "THE SPECIFICATIONS", plats and other contractual documents. As such, "THE BONDING COMPANY" and "THE CONTRACTOR" must execute the intervention through a public deed with the purpose of defining its conditions, sending prior to it to "THE MINISTRY" the draft of said public deed for its examination, amendment and in its case approval. The public deed must contain these minimum requirements. **1)** General and specific conditions in which the intervention will be undertaken, indicating that debits will be made in the sum of said bond through endorsements, credits or increments on it in order to return it to its original sum, with the work estimates and cost overruns payments. **2)** The

express obligation of "THE BONDING COMPANY" to design the auditor within a term of five (5) days since the intervention public deed approval by "THE MINISTRY". Once said term has expired without "THE BONDING COMPANY" having made the designation. "THE MINISTRY" is fully empowered to design the auditor, who by that fact alone is empowered to exercise its duty and carryout the attributions assigned. **3)** The auditor must comply with these minimum requirements: **a)** Civil engineer professional, chartered; **b)** Have at least ten (10) years of experience in the work subject to the intervention; and **c)** Not fall under the prohibitions of article eighty (80) of "THE LAW". **4)** "THE BONDING COMPANY" is compelled to execute the public deed for the designation of the auditor, determining in it the fees and the tasks to undertake by it; the minimum tasks to undertake by the auditor are these: a) To administer, direct, and deliver the tasks of the agreement; **b)** Communicate information between "THE MINISTRY" with "THE CONTRACTOR" and "THE BONDING COMPANY". In said public deed it will be determined that the auditor is fully empowered, and thus "THE BONDING COMPANY" shall grant a Special Power of Attorney With Representation, with an express authorization to manage, receive, deposit in the bank accounts determined by "THE BONDING COMPANY" and administer the payments for work estimates, cost overruns, withholdings of any type and payments for any concept, as well as command and instruct all the measures and procedures deemed necessary to guarantee the completion of the construction; or **B)** "THE MINISTRY" will redeem the performance bond with the unfulfilled amount by "THE CONTRACTOR", according to the reports of "THE DIRECTION"; "THE BONDING COMPANY" must pay within a thirty (30) day term since the order for payment, without that constituting a trial, lawsuit and/or administrative file. **C)** MAINTENANCE BOND. As a requirement for the acceptance of the construction, "THE CONTRACTOR" will provide a maintenance bond, which will substitute the performance bond by the equivalent to fifteen (15%) percent of the original value of the agreement and will cover the repairs, failures or malfunctions attributable to "THE CONTRACTOR" and which



José Enrique Monzón Quesada
Traductor Jurado
Certified Translator
REG. 3-2019 / Guatemala

21

are present at the construction during a EIGHTEEN (18) MONTH defect liability period since the date of final acceptance of the construction. Once "THE DIRECTION" notices failures or malfunctions on the construction it will communicate them to "THE CONTRACTOR", granting it a term for it to commence and conclude the repairs and if the repairs are not initiated within that term, "THE DIRECTION", without further ado, will instruct the needed repairs, either with its own personnel or hiring a third party, charging all of the expenses to said bond. "THE DIRECTION" will issue a deed within the next THREE (3) BUSINESS DAYS following the maturity date of the Maintenance Bond, determining whether there are pending claims or not. If there would be a claim "THE DIRECTION" will issue a new deed once said claims are settled. **D)** DEBIT BALANCE BOND: To guarantee the payment of debit balance that might be in favor of "THE STATE", the corresponding institution or third parties in a liquidation, "THE CONTRACTOR" must issue a bond, cash, mortgage or pledge, to its choice, for the five percent (5%) of the original value of the agreement. This guarantee must be given simultaneously with the maintenance bond as a requirement for the acceptance of the construction. Once the liquidation is approved if there would not be any debit balance, this bond will be terminated and the parties will grant each other a document proving there is no debt between them. **E)** PROCEDURE TO REDEEM THE BONDS. The bonds referred to in this clause will be redeemed by "THE MINISTRY" in accordance with the report issued by "THE DIRECTION", which based on the total cost of the works delivered, will indicate in its case, the percentage of non-compliance by "THE CONTRACTOR", or the fails, malfunctions or balance in favor of "THE STATE". Once said report has been presented, "THE MINISTRY" will grant a hearing for then (10) days to "THE BONDING COMPANY" for it to express what it deems relevant; after the hearing, or expired the term for it without any statements, "THE MINISTRY", if applicable, without further ado will instruct the order for payment. "THE BONDING COMPANY" will pay within a THIRTY (30) DAY term since the date of the order for payment. **F)** INSURANCES. "THE CONTRACTOR" must



José Enrique Monzón Quesada
Traductor Jurado
Certified Translator
REG. 3-2019 / Guatemala

22

obtain the insurances described on subsection one hundred eight point fifteen (108.15) from "THE SPECIFICATIONS" with a company dully authorized for these types of operations in the country, the insurance policies must be presented to "THE MINISTRY" within the following THIRTY (30) BUSINESS DAYS following the date on which the Approval Agreement of this document and will be valid until the date of final acceptance of the construction, on the understanding that in the case the insurance company pays any sum of money regarding an accident, the Insurance must be automatically returned to the limit values determined on "THE SPECIFICATIONS". **G)** LIABILITY PERIOD: The liability period of "THE CONTRACTOR" regarding the quality of the construction will be of EIGHTEEN (18) MONTHS, since the date of final acceptance of the construction. The expiration of the abovementioned term does not exempt "THE CONTRACTOR" from the liability resulting from "the destruction or deterioration of the construction due to its willful misconduct or negligence, for a FIVE (5) YEAR term, since the date of acceptance of the construction.---------------------------

**TWELFTH: TERMINATION OF THE AGREEMENT. 1)** "THE STATE" might terminate the right of "THE CONTRACTOR" to continue with the delivery of the construction hired, for the reasons determined by law and the following: **a)** If "THE CONTRACTOR" does not begin the construction within the thirty (30) business day term determined on the fifth clause of this agreement. **b)** In case of manifest negligence by "THE CONTRACTOR" on the delivery of the construction due to insufficient labor force, lack of equipment, materials or monetary funds, in order to guarantee the conclusion of the construction within the term determined on this agreement. **c)** If the construction is delivered inadequately, if the continuity of the construction is interrupted or if for any other circumstance the work is not being carried out in an acceptable and diligent manner. Negligence will be proven with the opinion or reports from "THE SUPERVISOR" OR "THE ENGINEER" and will be assessed by "THE MINISTRY". **d)** If "THE CONTRACTOR" is declared bankrupt; **e)** If the equipment, machinery, monetary funds, tools and materials used on the construction or any other sum of money



José Enrique Monzón Quesada
Traductor Jurado
Certified Translator
REG. 3-2019 / Guatemala

23

that must be paid to it for the work delivered is seized, and the amount of the distraint prevents it from complaining with its contractual obligations; **f)** If the insurances to which it is obliged to in accordance with this agreement are not presented: **g)** If it commits acts derived from willful misconduct or gross negligence against the Internal Revenue System, or against the work delivery contained in this agreement, to the judgment and assessment of "THE MINISTRY"; **h)** If it fails to comply with any of its obligations under this agreement; **i)** If "THE CONTRACTOR" refused to continue or stopped to deliver the work, partially or completely, with the diligence needed to comply with the approved Work schedule and it could not guarantee its completion within the term established   in this agreement or in any extension given to it, thus redeeming the Performance Bond as determined on the tenth clause of this agreement. **2)** This agreement may be partially or completely terminated by "THE STATE", for the Force Majeure circumstances valid to its judgement. In such case "THE STATE" will justly and equitable indemnify "THE CONTRACTOR" as mutually agreed between them; in the case in which there is no agreement, the situation will be resolved in accordance with the nineteenth clause of this agreement. **3)** In the case in which there is a partial or complete termination. "THE STATE" will pay "THE CONTRACTOR" a sum equal to: **a)** The value of the finished work or in process of it as well as all the in-process materials and inputs, as certified by "THE SUPERVISOR" and approved by "THE DIRECTION", minus the payments made previously and minus the value of any claim that "THE STATE" might have against "THE CONTRACTOR", in accordance with this agreement. **b)** an equitable payment for the expenses incurred by "THE CONTRACTOR" that had not been paid due to said termination. **4)** "THE CONTRACTOR" might request the termination of this agreement, if there is a payment delay from "THE STATE" or if it fails to comply with any obligation derived from it, as determined on paragraph F), of the fifth clause of this agreement. -------------------------------------------------------------------------------------------



**THIRTEENTH: INSPECTIONS, FINAL INSPECTION, ACCEPTANCE, AND PAYMENT UPON TERMINATION. A)** INSPECTIONS. "THE CONTRACTOR", must cooperate with the inspections that in any given moment may be undertaken to the Project by officials of "THE MINISTRY", and "THE DIRECTION", accompanying them in said inspections and allowing them free access to the origin, manufacture or material production source, as well as to the construction areas of the Project, giving to them all of the information and assistance needed, or instructing their personnel for them to do it as such, with the purpose that the mentioned inspections, be as thorough and detailed as possible; **B)** FINAL INSPECTION. "THE CONTRACTOR" must give written notice to "THE SUPERVISOR" when the construction is finished, for it to conduct the final inspection of it within a FIFTEEN (15) DAY TERM following the date of notice and, if the construction were delivered satisfactorily to it, it will make a detailed report. If "THE SUPERVISOR" confirms that there are parts of the construction not in accordance with the Plats and Specifications, it will give written notice to "THE CONTRACTOR" regarding the existing failures, with the purpose of it to repair them in a timely manner, in accordance with its instructions, and in such case making a detailed report as well to "THE DIRECTION". **C)** ACCEPTANCE. **C.I)** ACCEPTANCE: Within a term of five (5) DAYS following the reception of the corresponding detailed report, "THE DIRECTION" must appoint the Acceptance and Liquidation Commission for the construction, comprised of three members, with which "THE SUPERVISOR" and "THE CONTRACTOR" shall cooperate. This Acceptance commission based on this agreement and the inspection reports made by "THE SUPERVISOR", must undertake the acceptance of the construction within a maximum term of THIRTY-FIVE (35) DAYS since the date of notice of its appointment. If the Acceptance Commission confirms that the works are delivered satisfactorily it will make the final acceptance deed of the construction; and, otherwise, will determine in the deed: **a)** The corrections or additional work that must be undertaken by "THE CONTRACTOR", detailing which will be paid as additional work and the



corrections which will be at the expense of "THE CONTRACTOR"; **b)** The time to be spent and **c)** If the time needed for delivering the works is included within the contractual term of the construction or if an extension of time is given to "THE CONTRACTOR" to deliver these works. Once "THE SUPERVISOR" gives written notice, of being fulfilled the requirements determined by the Accepting Commission, the commission within a term of FIVE (5) DAYS, will conduct a new inspection, issuing a new final acceptance deed. The final acceptance date of the construction will be the one of the closing of the last deed. Since the date of this deed "THE DIRECTION" will procure the maintenance of the construction. For the term of the completion of the construction it will not be considered, the period between the acceptance date of the written notice from "THE CONTRACTOR" that the construction is finished and the date in which it receives the written requests or the certification of the deed containing the requests to be done. For the construction, partial acceptances of it may be done for the users to use the construction exempting, in this case, "THE CONTRACTOR" from the maintenance obligation. **C.2)** LIQUIDATION. The Commission, in a term of ninety (90) days will proceed to the liquidation of the agreement, examining the calculations of the agreement, issuing an explanatory deed, formulating and signing the accounting worksheets needed to determine the amount that must be paid or charged to "THE CONTRACTOR". If after the expiration of said term the Commission has not issued the appropriate deed, "THE CONTRACTOR" can present to "THE DIRECTION" a liquidation plan. "THE DIRECTION" must approve or reject the liquidation made by the Commission or the liquidation plan presented by "THE CONTRACTOR" within the next month of having received the appropriate documentation. If after the expiration of this term there is no resolution issued, with an approval request presented by "THE CONTRACTOR", this will be accepted. In the case of nonconformity from "THE CONTRACTOR" regarding the final liquidation made by the Commission, it will present its nonconformity in a written manner, as well as the data, evidence, calculations, among others, on which its claim is made and that allow to make the appropriate



calculations. The claim must be presented before "THE DIRECTION" within a term of TWENTY (20) days following the date on which "THE CONTRACTOR" is notified of the certification of the final calculations deed, issued by the Commission, for, with all the documentation, "THE DIRECTION" issues a resolution. -------------------------------------------------------------------------------------------

**FOURTEENTH: TAXES, TEMPORARY IMPORTS.** "THE CONTRACTOR" is obliged to pay the current taxes and to pay the engineering tax stamp generated by the agreement, adhering the appropriate stamps to the invoices of every estimate. "THE CONTRACTOR" can import temporarily the machinery, equipment and work vehicles, to use them exclusively within the construction site subject to this agreement in the amounts strictly necessary for this effect, complying with the current rules of procedure for re-exportation of machinery and/or equipment or the import taxes payment when these stay permanently in the country. -------------------------------------------------------------------------------------------

**FIFTEENTH: MISCELLANEOUS.** The maintenance of the current road between the populations of Escuintla, department of Guatemala and Pedro de Alvarado city, department of Jutiapa, as well as the accesses to material banks and water supplies, will be conducted in accordance with the Field Instructions given by the "DELEGATE RESIDENT" and will be paid to "THE CONTRACTOR" as Administrative Work, through the issuance of Additional Work Agreements, in which the works to deliver will be determined. ---------------------------------------------------

**SIXTEENTH: CURRENCY.** All the payments that "THE STATE" must make to "THE CONTRACTOR" as per this agreement will be made in national currency, in quetzals, in cash and/or negotiable instruments qualified as first order in the financial market and, in any case, previously accepted by "THE CONTRACTOR".

**SEVENTEENTH: AMENDMENTS.** Since the amount of work hereby stated are estimates, in accordance with the article fifty-two (52) of "THE LAW" and articles twenty-eight (28) and twenty-nine (29) of its Rules of Procedure, value amendments may be made to the value of this agreement up to a twenty percent (20%) over the original adjusted value of this agreement, issuing in that case



José Enrique Monzón Quesada
Traductor Jurado
Certified Translator
REG. 3-2019 / Guatemala

27

Changes of Order, Supplementary Statements of Work and/or Additional Work Agreements that will be authorized by "THE DIRECTOR". For the calculation of the values on the percentages determined in article fifty-two (52) of "THE LAW", calculations will be made upon the original adjusted value of the agreement as per article twenty-nine (29) of the Rules of Procedures of "THE LAW". The twenty percent (20%) determined on the aforementioned article of "THE LAW" will be applied to this original adjusted value of the agreement. The values calculated in such way will be added to the original adjusted value of the agreement to determine the maximum limit to hire with change documents allowed by "THE LAW". -------------------------------------------------------------------------------------------

**EIGHTEENTH: NON-AMENDMENT OF THE ORIGINAL AGREEMENT.** The clauses of the agreements: a) number one hundred twenty-seven dash eighty-eight (127-88), dated November three (3), year one thousand nine hundred eighty-eight (1988), approved through the Ministerial Agreement number two thousand seven hundred twenty-nine (2,792), dated November twenty-nine (29) of the year one thousand nine hundred eighty-eight (1988); and b) agreement seventy-four dash ninety-six (74-96), dated October ten (10) of the year one thousand nine hundred ninety-six (1996), approved through the Ministerial Agreement number three thousand six hundred ninety-one (3,691), dated October fourteen (14) of the year one thousand nine hundred ninety-six (1996) are valid; except from the amendments to this agreement and those imposed by "THE LAW". ------------------------------------------------------------------------------------------

**NINETEENTH: DISPUTES.** "THE MINISTRY" and "THE CONTRACTOR" agree that the disputes, differences, conflicts or claims arising from this agreement, during its term as well as upon its expiration, by any circumstance, will be settled by the parties in an direct and amicable manner, but if it were not possible to reach an agreement, the claims to be resolved will be subject to an arbitration in equity, in accordance with the Rules of Procedure of the Arbitration and Conciliation Center (CENAC) [CENAC for its acronym in Spanish.] of the Chamber of Commerce of Guatemala, institution which will be in charge of the



administration of the arbitration and which is authorized to designate the arbitrators that must solve the conflict, being held the arbitration in Guatemala. ---

**TWENTIETH: SWORN DECLARATION.** "THE CONTRACTOR" declares under oath that it does not fall under the prohibitions of article eighty (80) of "THE LAW".------------------------------------------------------------------------------------------

**TWENTIETH-FIRST: APPROVAL.** For this agreement to have full legal effect and for the parties to be bound by it is imperative that it is approved as per articles three (3), forty-eight (48) and forty-nine (49) of "THE LAW". ------------------

**TWENTIETH-SECOND: ACCEPTANCE.** With the conditions determined on this agreement, which is read completely, we the parties in full knowledge of its content, validity and legal effects, ratify, accept and sign it in thirty-seven (37) sheets of letterhead paper from "THE MINISTRY". ----------------------------------------

[It appears two illegible signatures.] ----------------------------------------------------------------

"**[APOSTILLE.]** [The Apostille is printed in a letterhead paper from the Ministry of Foreign Affairs of the Government of Guatemala.] [It appears the coat of arms of the Republic of Guatemala.] Republic of Guatemala. MINISTRY OF FOREIGN AFFAIRS. ---------------------------------------------------------------------------------------------."

**IN WITNESS WHEREOF,** at the request of the interested party, for the legal uses such party may deem convenient, and without assuming any responsibility for the contents of the translated document, I issue, sign and seal the present sworn translation with legal value in twenty-nine sheets of paper printed only in the front, duly compared with its original, in Guatemala City, on November 22, 2021.

José Enrique Monzón Quesada
Traductor Jurado
Certified Translator
REG. 3-2019 / Guatemala


 MINISTERIO DE
EDUCACIÓN


## EL INFRAESCRITO ENCARGADO DE AUTENTICAS DEL DEPARTAMENTO DE ATENCIÓN AL CIUDADANO DE LA DIRECCIÓN DE SERVICIOS ADMINISTRATIVOS DEL MINISTERIO DE EDUCACIÓN

Certifica: que es auténtica la firma del señor(a)

**JOSÉ ENRIQUE MONZÓN QUESADA**

Quien a la fecha de firmar, desempeña el cargo de:

**TRADUCTOR JURADO AUTORIZADO
ESPAÑOL – INGLES / INGLES - ESPAÑOL**

Acuerdo Ministerial No. 114-2019/D.A.C-T.J.

Registro No. 003-2019



Nelson Alberto García Quiñonez
ENCARGADO DE AUTENTICAS
Departamento de Atención al Ciudadano
Ministerio de Educación



Guatemala, 24 de noviembre de 2021.

NOTA: Se hace constar que el Ministerio de Educación, no asume responsabilidad alguna por la eficacia jurídica de este documento y la presente legalización se limita a reconocer la autenticidad de la firma del funcionario en referencia.



# *República de Guatemala*

## MINISTERIO DE RELACIONES EXTERIORES



## **APOSTILLE**

(Convention de La Haye du 5 octobre 1961)

**Código de Verificación:** **YdFHcX**
Verification code / Code de vérification
**VERIFICACIÓN EN LÍNEA:**
La autenticidad de esta apostilla puede ser verificada en:
To verify the issuance of this apostille, see:
Cette apostille peut vêtie vêtiée à l'adresse suivante:
**https://apostilla.minex.gob.gt**

Digitally signed by
MINISTERIO DE RELACIONES
EXTERIORES
Date: 2021.11.25
Reason: CERTIFICACIÓN DEL REGISTRO DE TRADUCTOR JURADO
Location:
https://apostilla.minex.gob.gt

**1. *País: República de Guatemala***
*(country / Pays:)*

### *El presente documento público*
*(this public document / le présent acte public)*

**2. *Ha sido firmado por:*** NELSON ALBERTO GARCIA QUIÑONEZ
*(has been signed by / a été signé par:)*

**3. *Quien actúa en la calidad de:*** ENCARGADO DE AUTENTICAS
*(acting in capacity of / agissant en qualité de:)*

**4. *Y está revestido del sello / timbre de:*** MINISTERIO DE EDUCACION
*(Bears the seal / stamp of / est revêtu du sceau / timbre de:)*

### *Certificado*
*Certificate / Attesté*

**5. *En:*** GUATEMALA
*(at / à:)*

**6. *El día:*** 25/11/2021
*(the / le:)*

**7. *Por:*** ELFIDO GIOVANI DE PAZ ACEVEDO
*(by / par:)*

**8. *Bajo el número:*** 2855312021
*(number / sous n°:)*



Impuesto del Timbre Fiscal pagado según
Decreto 37-92 del Congreso de la
República de Guatemala con Formulario
SAT 7130 No. 33176894741

**9. *Sello / timbre:***
*(seal/stamp – sceau/timbre:)*

**10. *Firma***
*(signature / signature:)*

El Ministerio de Relaciones Exteriores no asume responsabilidad alguna por el contenido ni por la eficacia jurídica de este documento y la presente legalización se limita a reconocer la autenticidad de la firma del funcionario en referencia.

The Ministry of Foreign Affairs does not assume any responsibility for the contents or validity of this document and merely authenticates the signature of the officer involved.

Le Ministère des Affaires Étrangères n'est pas responsable, en aucun cas, ni par rapport au contenu, ni de l'efficacité juridique de ce document. Raison pour laquelle, cette légalisation se limite à reconnaître l'authenticité de la signature du fonctionnaire en référence.

Este es un documento oficial del Ministerio de Relaciones Exteriores de la República de Guatemala

0 1776

**Ministerio de Comunicaciones,
Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

| Reg. No._____OF. No._____ |
| REF._____ |

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

**CONTRATO NÚMERO TRESCIENTOS CUARENTA Y SIETE GUION DOS
MIL (347-2000).** ------------------------------------------------------------------
En la ciudad de Guatemala él veintiuno(21) de noviembre del año dos mil
(2,000) nosotros: Por una parte, el señor RAMIRO EDGARDO VILLATORO
VILLATORO, de cincuenta y cinco (55) años de edad, casado, Ingeniero
Civil, guatemalteco, de este domicilio, con cédula de vecindad número de
Orden M guión trece (M-13) y de Registro doce mil quinientos noventa y
cuatro(12,594) extendida por el Alcalde Municipal de Huehuetenango,
departamento de Huehuetenango, actúo para la celebración de este contrato
en representación del Estado de Guatemala, por delegación otorgada por el
señor Ministro de Comunicaciones, Infraestructura y Vivienda, en Oficio de
fecha dieciséis de noviembre del dos mil, el cual me fue otorgado en mi
calidad de DIRECTOR GENERAL DE CAMINOS, personería que acredito
con certificación del Contrato Administrativo doscientos treinta guión dos mil
(230-2000), de fecha veintisiete (27)de marzo del año dos mil (2,000)
aprobado por Acuerdo Ministerial seiscientos ochenta y cuatro guión dos mil
(684-2000) y del Acta de Toma de Posesión del cargo número siete guión
dos mil (7-2000), de fecha veintisiete (27) de marzo del año dos mil (2000),
asentada él los folios del cuatrocientos noventa y cinco (495) al
cuatrocientos noventa y siete (497) del libro de Actas de la Secretaría
General de la Dirección General de Caminos, autorizado por la Contraloría
General de Cuentas, según registro un mil seiscientos ochenta y tres
(1,683), señalo para recibir notificaciones, citaciones y/o emplazamientos, mi
despacho situado en el Edificio central de la Dirección General de Caminos,
salón siete (7), Finca Nacional La Aurora, zona trece (13), de la ciudad

1

El infrascrito Secretario Administrativo del Ministerio de Comunicaciones, Infraestructura y Vivienda CERTIFICA: Que la Presente Fotocopia ha sido tomada del original en su presencia.
Guatemala,        0 3 AGO 2020

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



Ministerio de Comunicaciones,
Infraestructura y Vivienda
GOBIERNO DE GUATEMALA

0  1776

Reg. No._____OF. No._____

REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

capital de Guatemala; y por la otra parte el señor CARLOS HUMBERTO
SUCHINI PAIZ, de cuarenta y nueve (49) años de edad, casado,
guatemalteco, Ingeniero Civil, de este domicilio, con cédula de vecindad
número de orden S guión veinte (S-20) y de registro veintisiete mil
trescientos noventa y cuatro (27,394), extendida por el Alcalde Municipal de
Chiquimula, departamento de Chiquimula, señalo para recibir notificaciones
y citaciones la oficina situada en la cero calle "C" número diecisiete guión
cuarenta y tres zona quince (0 calle "C", 17-43, zona 15) de esta ciudad;
actúo en mi calidad de Gerente General y Representante Legal de la entidad
SIGMA CONSTRUCTORES, SOCIEDAD ANÓNIMA, calidad que acredito
con: a) Acta Notarial de mi nombramiento, suscrita el día veintiocho (28) de
enero del año dos mil (2,000) por el Notario José Urrutia Ipiña, contenido en
una (1) hoja de papel simple, inscrito en el Registro Mercantil General de la
República bajo el número ciento sesenta y dos mil cuatrocientos noventa y
ocho (162,498), folio trescientos setenta y ocho (378), del libro ochenta y
nueve (89) de Auxiliares de Comercio, el ocho (08) de febrero del año dos
mil (2,000); y  b) Testimonio de la Escritura Pública número ciento treinta
(130) de fecha dieciocho (18) de diciembre de mil novecientos ochenta
(1,980), autorizada en esta capital por el Notario Salvador Búcaro Hurtarte,
que contiene la constitución de la sociedad "SIGMA CONSTRUCTORES,
SOCIEDAD ANÓNIMA", inscrita en el Registro Mercantil General de la
República bajo el número ocho mil doscientos treinta y seis (8,236), folio
doscientos veinte (220), libro cuarenta y cinco (45) de Sociedades
Mercantiles. Toda la documentación se tuvo a la vista, y se hace constar
que las representaciones que se ejercitan son suficientes conforme a la Ley

2

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,                **0 3 AGO 2021**

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones,
Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____OF. No._____

REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

para la suscripción del presente contrato ampliatorio de obra para la ejecución de los trabajos del tramo: "REHABILITACIÓN DE LA RUTA CA-2 ORIENTE, ESCUINTLA-CIUDAD PEDRO DE ALVARADO Y ACCESOS", que forma parte a la vez del proyecto "Litoral Pacífico-CA 2 Oriente-Moyuta-CA 8 Los Hoyos-CA 1 Oriente El Zarzalito-CA 1 La Arenera; CA 1 El Zarzalito-El Molino-Barberena-Entronque Santa Elena Barillas; y los accesos que el Despacho Ministerial considere necesario contratar"; de acuerdo con lo estipulado en el artículo 2°, literal c) del Acuerdo Ministerial de fecha diez (10) de julio de mil novecientos noventa y seis (1996). En lo sucesivo los otorgantes nos denominaremos "EL ESTADO" y "EL CONTRATISTA", respectivamente; asimismo, el Ministerio de Comunicaciones, Infraestructura y Vivienda "EL MINISTERIO"; la Dirección General de Caminos, "LA DIRECCIÓN"; la Autoridad Administrativa Superior de "LA DIRECCIÓN", "EL DIRECTOR"; el Jefe de la División de Supervisión de Construcciones de "LA DIRECCIÓN", "EL INGENIERO"; la firma consultora que ejecute la Supervisión de la obra "LA SUPERVISORA", el ingeniero representante de "LA SUPERVISORA" en el campo, "EL DELEGADO RESIDENTE"; el Ingeniero representante de "EL CONTRATISTA" en la obra, "EL SUPERINTENDENTE"; la empresa afianzadora que garantice el cumplimiento de este contrato, "LA AFIANZADORA"; la Ley de Contrataciones del Estado, Decreto número cincuenta y siete guión noventa y dos (57-92) del Congreso de la República, "LA LEY"; y las Especificaciones Generales para Construcción de Carreteras y Puentes (Edición mayo, 1,975) de la Dirección General de Caminos, "LAS ESPECIFICACIONES", de conformidad con las siguientes cláusulas:----------

3

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente fotocopia ha sido tomada
del original en su presencia.

Guatemala,        0 3 AGO 2021

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones, Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____ OF. No._____

REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

*PRIMERA: ANTECEDENTES Y BASE LEGAL.* "EL ESTADO" Y "EL CONTRATISTA", celebramos el Contrato número ciento veintisiete guión ochenta y ocho (127-88) para la ejecución de los trabajos del Proyecto DGC-7-88-C, CA GUIÓN OCHO     (CA-8) MOYUTA CA GUIÓN DOS (CA-2) ORIENTE, AMPLIACIÓN Y MEJORAMIENTO.  Las partes convenimos en celebrar el presente CONTRATO AMPLIATORIO Y MODIFICATORIO, con base en: **a)** los artículos tres (3), nueve (9), cuarenta y siete (47), cuarenta y ocho (48), cuarenta y nueve (49), cincuenta y uno (51), cincuenta y dos (52) y ciento cinco (105) de "LA LEY" y los artículos veintiséis (26), veintisiete (27) , veintiocho (28) y setenta y cinco (75) de su Reglamento; el artículo treinta y cuatro (34) de la Ley de Compras y Contrataciones (Decreto 35-80 del Congreso de la República) y el artículo cincuenta (50) de su Reglamento (Acuerdo Gubernativo del 9 de julio de mil novecientos ochenta (1,980); y **b)** El artículo 2º, literal c) del Acuerdo Ministerial de fecha diez (10) de julio de mil novecientos noventa y seis (1996), donde para  efectos de aplicar el artículo setenta y cinco (75) del Reglamento de "LA LEY", se define como Proyecto en Proceso: "Litoral Pacífico-CA 2 Oriente-Moyuta-CA 8 Los Hoyos-CA 1 Oriente El Zarzalito-CA 1 La Arenera; CA-1 El Zarzalito-El Molino- Barberena-Entronque Santa Elena Barillas; y los accesos que el Despacho Ministerial considere necesario contratar".--------------------------------------
*SEGUNDA: OBJETO DEL CONTRATO.* Por este instrumento se contratan los trabajos del tramo "REHABILITACIÓN DE LA RUTA CA-2 ORIENTE, ESCUINTLA-CIUDAD PEDRO DE ALVARADO Y ACCESOS". Las características, el diseño y las dimensiones de los trabajos a realizar se encuentran definidos en los planos y bases de contratación, compuestas por

4

---

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,

0 3 AGO 2021

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones,
Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____ OF. No._____

REF._____

AL CONTESTAR, SÍRVASE MENCIONAR EL
NÚMERO Y REFERENCIA DE ESTA NOTA.

"LAS ESPECIFICACIONES", Las Especificaciones Técnicas y Especiales o Disposiciones Especiales y en el Cuadro de Cantidades Estimadas de Trabajo, Precios Unitarios y Totales, entregadas a "EL CONTRATISTA". Los renglones de trabajo a ser ejecutados, así como sus cantidades estimadas y precios, son los siguientes: -----------------------------------------

RENGLONES VARIOS.-------------------------------------------------------------

RENGLÓN 607.04.- CUNETAS REVESTIDAS DE CONCRETO SIMPLE (2000) FUNDIDO EN SITIO, tres mil (3,000) metros cuadrados (m²), al precio unitario de ochenta y ocho quetzales con trece centavos (Q.88.13), total DOSCIENTOS SESENTA Y CUATRO MIL TRESCIENTOS NOVENTA QUETZALES EXACTOS (Q.264,390.00).-------------------------------------

RENGLÓN 708.- BORDILLOS DE 15 CMS X 0.30 CMS DE CONCRETO 2500 PSI, un mil (1,000) metros (m), al precio unitario de noventa quetzales (Q.90.00), total NOVENTA MIL QUETZALES EXACTOS (Q.90,000.00).------

TRABAJOS ESPECIALES.------------------------------------------------------

RENGLÓN 1.0.- CARPETA PARA RELLENO DE BACHES, INCLUYENDO EXCAVACIÓN Y ACARREO DE MATERIAL INADECUADO Y CARPETA ochocientos (800) metros cúbicos (m³), al precio unitario de un mil setecientos quetzales (Q.1,700.00), total UN MILLÓN TRESCIENTOS SESENTA MIL QUETZALES EXACTOS (Q.1,360,000.00).----------------

RENGLÓN 2.0.- TRABAJOS POR ADMINISTRACIÓN (ESTUDIOS ESPECIALES; TRES MEDICIONES DE IRI Y DEFLEXIONES; SEÑALES PROVISIONALES; OTROS), uno (1.00) global, al precio unitario de seiscientos mil quetzales (Q.600,000.00), total SEISCIENTOS MIL QUETZALES EXACTOS (Q.600,000.00). PAVIMENTO.----------------

5

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,   0 3 AGO 2021

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones,
Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____ OF. No._____

REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

RENGLÓN 407(1).-   CONCRETO ASFÁLTICO EN CALIENTE PARA AJUSTE DE HOMBROS 1.00 METRO DE ANCHO c/u Y 5 CMS. DE ESPESOR, *NO INCLUYE ACARREO* veintiocho mil (28,000.00) toneladas de dos mil (2,000.00) libras, al precio unitario de trescientos dieciocho quetzales con noventa y seis centavos (Q.318.96), total OCHO MILLONES NOVECIENTOS TREINTA MIL OCHOCIENTOS OCHENTA QUETZALES EXACTOS (Q.8.930,880.00).------------------------------------------------

RENGLÓN 407.- CONCRETO ASFÁLTICO EN CALIENTE DOS CAPAS DE 6.00 CMS CADA UNA, ANCHO 9.00 MTS, NO INCLUYE ACARREO, doscientos noventa y cuatro mil (294,000.00) toneladas de dos mil (2,000.00) libras, al precio unitario de trescientos dieciocho quetzales con noventa y seis centavos, (Q.318.96), total NOVENTA Y TRES MILLONES SETECIENTOS SETENTA Y CUATRO MIL DOSCIENTOS CUARENTA QUETZALES EXACTOS. (Q.93.774,240.00).------------------------------------

RENGLÓN 407.09.-  MATERIAL BITUMINOSO PARA CONCRETO ASFÁLTICO, cuatro millones ciento ochenta y seis mil (4,186,000.00) galones (Gls.), a un precio unitario de veinticinco quetzales (Q.25.00), total CIENTO CUATRO MILLONES SEISCIENTOS CINCUENTA MIL QUETZALES EXACTOS (Q.104.650,000.00).----------------------------------

RENGLÓN 408.- RIEGO DE LIGA, ciento cincuenta y dos mil (152,000.00) galones (Gls.), a un precio unitario de veintiún quetzales con ochenta y cuatro centavos (Q.21.84), total TRES MILLONES TRESCIENTOS DIECINUEVE MIL SEISCIENTOS OCHENTA QUETZALES EXACTOS (Q.3.319,680.00).-------------------------------------------------

RENGLÓN 207.06(b)(1).-   ACARREO DE PIEDRA O GRAVA PARA

6

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,

0 3 AGO 2021

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones, Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____OF. No._____
REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

TRITURACIÓN, MEDIDO EN CAMIÓN, dos mil (2,000.00) metros cúbicos guión kilómetro (m³-Km), a un precio unitario de cuatro quetzales con veinticinco centavos (Q.4.25), total OCHO MIL QUINIENTOS QUETZALES EXACTOS (Q.8,500.00).------------------------------------------------------

RENGLÓN 207.06(b)(2). ACARREO DE CONCRETO ASFÁLTICO Y BASE NEGRA, EN CAMIÓN, seis millones setecientos sesenta y dos mil (6.762,000.00) toneladas guión kilómetro (Ton-Km), a un precio unitario de tres quetzales con veinticinco centavos (Q.3.25), total VEINTIÚN MILLONES NOVECIENTOS SETENTA Y SEIS MIL QUINIENTOS QUETZALES EXACTOS (Q.21.976,500.00).------------------------------------------------------

RENGLÓN 207.06(b)(3).- ACARREO DE MATERIAL TRITURADO PARA BASE, CONCRETO ASFÁLTICO Y ACARREO DE MATERIAL PARA SUB-BASE, MEDIDO EN CAMIÓN, dos mil (2,000.00) metros cúbicos guión kilómetro (m³-Km.), a un precio unitario de tres quetzales con noventa y cinco centavos (Q.3.95), total SIETE MIL NOVECIENTOS QUETZALES EXACTOS (Q.7,900.00).------------------------------------------------------

DISPOSITIVOS DE CONTROL DE TRÁFICO:------------------------------------------------------

RENGLÓN 706.08(a)(1).- PINTURA TERMOPLÁSTICA PARA LÍNEA CENTRAL, ciento ocho (108.00) kilómetros (Kms.) al precio unitario de doce mil seiscientos veintidós quetzales con cincuenta centavos (Q.12,622.50), total UN MILLÓN TRESCIENTOS SESENTA Y TRES MIL DOSCIENTOS TREINTA QUETZALES EXACTOS (Q.1.363,230.00).------------------------------------------------------

RENGLÓN 706.08(b)(1).- PINTURA TERMOPLÁSTICA PARA LÍNEA NO CENTRAL, doscientos dieciséis (216.00) kilómetros (Kms.), al precio unitario de doce mil seiscientos veintidós quetzales con cincuenta centavos

7

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,                **0 3 AGO 2021**

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones, Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____ OF. No._____

REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

(Q.12,622.50), total DOS MILLONES SETECIENTOS VEINTISEIS MIL CUATROCIENTOS SESENTA QUETZALES EXACTOS (Q.2.726,460.00).--- RENGLÓN 707.05(C)IP.- SEÑALES DE TRÁFICO INDICADORAS DEL PROYECTO, SUMINISTRO Y COLOCACIÓN, cuatro (4) unidades, al precio unitario de nueve mil novecientos quetzales (Q.9,900.00), total TREINTA Y NUEVE MIL SEISCIENTOS QUETZALES EXACTOS (Q. 39,600.00).------------------------------------------------------------------------
RENGLÓN 709.- DISPOSITIVOS PARA SEÑALIZACIÓN NOCTURNA, SUMINISTRO Y COLOCACIÓN, treinta y seis mil (36,000.00) unidades (U), a un precio unitario de cuarenta y cinco quetzales con treinta y ocho centavos (Q.45.38), total UN MILLÓN SEISCIENTOS TREINTA Y TRES MIL SEISCIENTOS OCHENTA QUETZALES EXACTOS (Q.1,633,680.00)------- El monto total del presente contrato asciende a la cantidad de DOSCIENTOS CUARENTA MILLONES SETECIENTOS CUARENTA Y CINCO MIL SESENTA QUETZALES EXACTOS, (Q.240,745,060.00), el cual incluye el impuesto al Valor Agregado (IVA) vigente del diez por ciento (10%). ------------------------------------------------------------------------------
***TERCERA: VALOR DEL CONTRATO Y FORMA DE PAGO:*** A) VALOR DEL CONTRATO: El valor total del contrato asciende a la cantidad de DOSCIENTOS CUARENTA MILLONES SETECIENTOS CUARENTA Y CINCO MIL SESENTA QUETZALES EXACTOS (Q.240,745,060.00), el cual incluye el Impuesto al Valor Agregado (IVA) vigente del diez por ciento (10%) y el pago correspondiente se hará con cargo a las Partidas Números: 2000-013-11-01-051-60-331-20-41040 Y 2000-013-11-01-051-60-331-20-11000 del Presupuesto de Ingresos y Egresos del Estado vigente y a las que en el

8

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,

**0 3 AGO 2021**

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones, Infraestructura y Vivienda**
**GOBIERNO DE GUATEMALA**

Reg. No._____ OF. No._____
REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

futuro correspondan. **B)** FORMA DE PAGO: **B.1)** ANTICIPO. De acuerdo con el artículo cincuenta y ocho (58) de "LA LEY", "EL ESTADO" otorgará a "EL CONTRATISTA" un anticipo del VEINTE POR CIENTO (20%) del valor original del contrato equivalente a CUARENTA Y OCHO MILLONES CIENTO CUARENTA Y NUEVE MIL DOCE QUETZALES EXACTOS (Q.48,149,012.00). El anticipo se pagará a "EL CONTRATISTA" en quetzales, en efectivo y/o en títulos valores calificados de primer orden en el mercado financiero y, en todo caso, previamente aceptados por "EL CONTRATISTA". Para obtener el anticipo "EL CONTRATISTA" deberá de cumplir con los siguientes requisitos: **1)** Presentar un Programa de Inversión por el monto total del anticipo, el cual deberá ser aceptado por "LA SUPERVISORA" con el visto bueno de "EL INGENIERO" y aprobado por "LA DIRECCIÓN". **2)** Presentar previamente una fianza de anticipo, de conformidad con el artículo sesenta y seis (66) de "LA LEY"; el monto de esta fianza deberá ser igual al total del anticipo otorgado a "EL CONTRATISTA". Esta fianza no podrá ser endosada en ningún caso por "EL CONTRATISTA" y deberá mantenerse en vigencia hasta que esté amortizada la totalidad del anticipo proporcionado. La Fianza de Anticipo la hará efectiva "EL MINISTERIO" en caso de que "EL CONTRATISTA" no hiciera correcta aplicación del anticipo de conformidad con el artículo treinta y cuatro (34) del Reglamento de "LA LEY". Este pago se hará en un plazo no mayor de TREINTA (30) DÍAS, contados a partir de la fecha de la presentación a "LA SUPERVISORA", de la documentación completa indicada anteriormente. **B.2)** PAGOS PARCIALES. **1)** Se harán pagos parciales contra estimaciones de trabajo ejecutado por "EL CONTRATISTA"

9

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala, **0 3 AGO 2021**

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



Ministerio de Comunicaciones,
Infraestructura y Vivienda
GOBIERNO DE GUATEMALA

Reg. No._____OF. No._____

REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

y aceptado por "EL DELEGADO RESIDENTE". En ningún caso las estimaciones cubrirán períodos mayores de un mes calendario, esto para preservar la correcta aplicación de los índices de fluctuación de precios. Si por alguna razón justificada no se hace estimación en un mes, se hará constar en acta levantada por "LA SUPERVISORA". Para el pago de la estimación "EL CONTRATISTA" entregará por escrito a "LA SUPERVISORA" el proyecto de estimación dentro de los cinco(5) días siguientes al vencimiento del período de que se trate; "LA SUPERVISORA" dentro de los cinco (5) días siguientes de haberlo recibido, deberá revisar y aprobar la estimación conciliando cualquier diferencia con "EL CONTRATISTA". En todo caso, cualquier diferencia que posteriormente resultare a favor o en contra de "EL CONTRATISTA", se ajustará en la estimación siguiente o en la liquidación. **2)** Los pagos a "EL CONTRATISTA" se cancelarán dentro de un plazo no mayor de TREINTA (30) DÍAS posteriores a la fecha en que "EL CONTRATISTA" presente a "LA SUPERVISORA" la documentación completa. **3)** La documentación que deberá presentar "EL CONTRATISTA" es la siguiente: **3.1)** Cuadro de cantidades de trabajo ejecutado en el período, con firma de aceptación del "DELEGADO RESIDENTE"; **3.2)** Copia de recibos de pago de cuotas laborales y patronales del Instituto Guatemalteco de Seguridad Social del período anterior al de la estimación de que se trate; **3.3)** Certificación extendida por el Contador de "EL CONTRATISTA" en donde haga constar que los pagos del personal de la Empresa están al día; **3.4)** Cuadros de la estimación elaborados con base en las cantidades de trabajo ejecutado y aceptado por "LA SUPERVISORA". **4)** Los pagos se harán conforme a los



10

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la presente Fotocopia ha sido tomada
del original en su presencia.

Guatemala, **0 3 AGO 2021**

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones,
Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____ OF. No._____

REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

precios unitarios estipulados en la cláusula segunda de este contrato; lo indicado al respecto en "LAS ESPECIFICACIONES" y las Especificaciones Técnicas y Especiales o Disposiciones Especiales; la oferta de "EL CONTRATISTA"; así como en las Ordenes de Trabajo Suplementario, Ordenes de Cambio, Acuerdos de Trabajo Extra, Acuerdos de Cambio y Trabajos por Administración, autorizados por "EL DIRECTOR". Sólo se pagarán las cantidades de trabajo que hayan sido realmente ejecutados y autorizados para pago por "LA SUPERVISORA". 5) Con los documentos presentados por "EL CONTRATISTA", "LA SUPERVISORA" elaborará el acta de estimación correspondiente. El acta será firmada por "EL DELEGADO RESIDENTE" y "EL SUPERINTENDENTE"; "LA SUPERVISORA" elaborará lo que le compete y enviará a "LA DIRECCIÓN" para el trámite de pago, lo siguiente: 5.1) El cuadro de la Estimación de Trabajo firmados por "EL DELEGADO RESIDENTE" y por "EL SUPERINTENDENTE" con el visto bueno de "EL INGENIERO". 5.2) Copias Certificadas del acta referida en la que conste las cantidades y valores de los trabajos ejecutados; 5.3) Constancia que indique la forma en que "EL CONTRATISTA" está cumpliendo con el Programa de Trabajo aprobado; y 5.4) Las constancias que le entregue "EL CONTRATISTA" de que los pago de los trabajadores están al día y que está solvente con el Instituto Guatemalteco de Seguridad Social (IGSS). 6) El hecho de que un trabajo o una cantidad de trabajo se haya incluido en una estimación periódica, aunque haya sido pagada, no constituye recepción de tal trabajo, ya que "EL ESTADO" se reserva expresamente el derecho de reclamar, por obra faltante, mal ejecutada o por pago indebido. C) PAGO POR LIQUIDACIÓN.

11

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,

**0 3 AGO 2021**

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones, Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____ OF. No._____
REF._____
AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

El saldo que existiera a favor de "EL CONTRATISTA" en la liquidación, se le pagará dentro de los TREINTA (30) DÍAS siguientes a la fecha en que "EL DIRECTOR", apruebe la liquidación del contrato, o TREINTA (30) DÍAS después de vencido el plazo de un (1) mes que se estipula en el artículo cincuenta y siete (57) de "LA LEY", sin que se produzca ninguna resolución con relación al proyecto de liquidación presentado por "EL CONTRATISTA", **D) OTROS PAGOS.** Cualquier pago a "EL CONTRATISTA" derivado de la aplicación de los términos de este contrato y de los documentos incorporados a él, se hará en quetzales, en efectivo y/o títulos valores calificados de primer orden en el mercado financiero y, en todo caso, previamente aceptados por "EL CONTRATISTA", dentro del plazo de treinta (30) días posteriores a la fecha de presentada a "LA SUPERVISORA" la documentación completa correspondiente. **E) ATRASO EN LOS PAGOS.** Si "EL ESTADO" no efectúa cualquier pago convenido en este contrato, establecidos en los artículos cincuenta y ocho (58), cincuenta y nueve (59) y sesenta y uno (61) de "LA LEY" dentro del plazo de treinta (30) días estipulado en el artículo sesenta y dos (62) de "LA LEY", pagara a "EL CONTRATISTA" intereses que se calcularán sobre el importe del adeudo, de conformidad con el artículo sesenta y tres (63) de "LA LEY". ----------------------------------------------------------

***CUARTA: AMORTIZACIÓN DEL ANTICIPO.*** La cantidad otorgada en concepto de anticipo deberá quedar totalmente amortizada por "EL CONTRATISTA" al finalizar la ejecución financiera de este contrato. El descuento del anticipo se calculará multiplicando el monto bruto de cada estimación por el mismo porcentaje que se haya concedido, sin incluir en el



12

El infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,      0 3 AGO 2021

Lic. José Antonio Alvarado Ramirez
Secretario Administrativo
Ministerio de Comunicaciones,
infraestructura y Vivienda



**Ministerio de Comunicaciones,
Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____ OF. No._____

REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

monto de la estimación, el monto de las Ordenes de Trabajo Suplementario, Acuerdos de Trabajo Extra, Ordenes de Cambio y Trabajos por Administración por los cuales no se haya otorgado anticipo. Esta exclusión no se aplicará, cuando las Ordenes de Trabajo Suplementario o Acuerdos de Trabajo Extra se elaboren con montos provenientes de Ordenes de Cambio de renglones del contrato en los cuales sí se hubiese dado anticipo.-- ***QUINTA: PLAZO CONTRACTUAL, INICIO DE LOS TRABAJOS, PROGRAMA DE TRABAJO, SANCIONES, PRORROGAS y SUSPENSIONES O CANCELACIÓN.*** **A)** PLAZO CONTRACTUAL: El plazo para ejecutar los trabajos de este contrato es de setecientos diez (710) días calendario contados a partir de la fecha en que se notifique a "EL CONTRATISTA", la aprobación de este contrato. **B)** INICIO DE LOS TRABAJOS: "EL CONTRATISTA", deberá iniciar los trabajos que se contratan dentro de los treinta (30) días calendario después de la fecha de la notificación de la aprobación de este contrato. Al iniciarse los trabajos se levantará el acta respectiva. **C)** PROGRAMA DE TRABAJO: Dentro de los treinta (30) días siguientes de haber iniciado los trabajos, "EL CONTRATISTA" deberá presentar un programa de trabajo definitivo el cual deberá sujetarse al orden de prioridades y condiciones estipuladas en las Especificaciones Técnicas y Especiales o Disposiciones Especiales que rigen la ejecución de los trabajos contratados. Dicho programa será modificado en caso que: **1)** Se emitan Ordenes de Trabajo Suplementario, Acuerdos de Trabajo Extra u Ordenes de Cambio que aumenten o disminuyan las cantidades contempladas originalmente; **2)** Se aprueben prórrogas al plazo contractual; **3)** "LA SUPERVISORA" emita Ordenes de

13

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente fotocopia ha sido tomada
del original en su presencia.
Guatemala,   0 3 AGO 2021

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones,
Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____OF. No._____

REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

Campo que modifiquen la secuencia del trabajo establecido en los programas de trabajo aprobado; y **4)** Cuando por causas no imputables a "EL CONTRATISTA" exista atraso en la ejecución de la obra. Se entiende por modificar el programa de trabajo para los efectos de este contrato, la acción de reprogramar las actividades de manera racional en función de los factores que pudieran afectarles, tales como pre-requisitos de ejecución, rendimientos de equipo y estado del tiempo. **D) SANCIONES: 1)** Si "EL CONTRATISTA" no entregare los trabajos satisfactoriamente terminados dentro del plazo contractual por razones imputables a él, se le sancionará con el pago de una multa por cada día de retraso en la entrega de la obra, de conformidad con lo estipulado en el artículo ochenta y cinco (85) de "LA LEY". **2)** Si "EL CONTRATISTA" contraviene total o parcialmente el contrato, perjudicando los intereses de "EL ESTADO", por variación en la calidad, cantidad u omisión de bienes, materiales o mezclas de éstos, será sancionado con una multa del CIEN POR CIENTO (100%) del valor que represente la parte afectada de la negociación. **3)** Vencido el plazo estipulado en el contrato y sus prórrogas, para la ejecución de la obra, "LA DIRECCIÓN" deducirá de cualquier pago parcial las sumas que "EL CONTRATISTA" deba pagar en concepto de sanción por retraso en la entrega de las mismas. **E) PRÓRROGAS: "EL ESTADO"** otorgará prórrogas o extensión de tiempo al plazo del contrato, para la terminación de los trabajos así: **1)** De conformidad con lo estipulado en la sub-sección ciento nueve punto cero siete (109.07), inciso b) de "LAS ESPECIFICACIONES", cuando las causales allí estipuladas afecten el normal desarrollo de los trabajos; y **2)** Para el caso de prórrogas al plazo del contrato generados por

14

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.

Guatemala,   0 3 AGO 2021

Lic. José Antonio Alvarado Ramirez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones,
Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

| Reg. No._____OF. No._____ |
|---|
| REF._____ |

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

documentos de cambio, de conformidad con el artículo 52 de "LA LEY", "EL DIRECTOR" en forma simultánea y en un solo expediente aprobará la prórroga y el documento de cambio de que se trate. Las prórrogas a que se refiere el numeral 1) anterior también las aprobará "EL DIRECTOR". **F) SUSPENSIÓN O CANCELACIÓN.** "EL CONTRATISTA" puede cancelar el contrato o suspender temporalmente los trabajos, si "EL ESTADO" retrasare los pagos a que se refiere el presente contrato por un plazo mayor de TREINTA (30) DIAS contados a partir de la fecha de presentación a "LA SUPERVISORA" de la documentación indicada en la cláusula tercera, inciso B.2), numeral 3) de este contrato. Vencido el plazo de TREINTA (30) DIAS antes indicado, "EL CONTRATISTA" deberá comunicar a "LA SUPERVISORA" la intención de suspender los trabajos o de cancelar el contrato y si dentro de un plazo de QUINCE (15) DIAS contados a partir de la fecha de entrega de dicho aviso a "LA SUPERVISORA" no se ha subsanado la falta de pago, "EL CONTRATISTA" podrá suspender la ejecución de los trabajos y que se le compense conforme el inciso ( c ) de la Sub-sección ciento nueve punto diez (109.10) de "LAS ESPECIFICACIONES" o solicitar la cancelación del contrato. En caso de suspensión, la prórroga del plazo fijado para la terminación de los mismos se concederá automáticamente por igual tiempo al de la suspensión temporal. Dicho tiempo será computado con base en las actas que para el efecto deberán ser levantadas por "LA SUPERVISORA" al inicio y al final de la suspensión temporal, con participación de "EL CONTRATISTA" y se pagará a éste por todos los gastos de mantenimiento de la obra y de la vigilancia de sus instalaciones, depreciación y mantenimiento del equipo que estaba

15

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,

0 3 AGO 2021

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones,
Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____OF. No._____

REF._____

AL CONTESTAR, SÍRVASE MENCIONAR EL
NÚMERO Y REFERENCIA DE ESTA NOTA.

trabajando al momento de la suspensión  y que permanezca en la obra, primas adicionales por la prórroga de las fianzas de anticipo y de cumplimiento, así como de los seguros, que por esta causa tuviera que pagar, así como aquellos gastos adicionales debidamente comprobados que origine la suspensión temporal de la obra. ---------------------------------------------

*SEXTA: CASO FORTUITO Y FUERZA MAYOR.* Para los efectos de este contrato, se entiende por caso fortuito y fuerza mayor, el acaecimiento de aquellos hechos imprevisibles, y los que aún siendo previsibles son insuperables y, en todo caso, ajenos a la voluntad de las partes; y que impiden o excusan del cumplimiento de sus obligaciones. Para el efecto se considerará como causa de fuerza mayor o caso fortuito, entre otras, las siguientes: **1)** Siniestros de orden natural; movimientos telúricos, erupciones volcánicas, desastres por inundación, incendios; **2)** Guerra Civil; **3)** Huelgas y paros laborales; **4)** Desórdenes públicos; y **5)** cualquier otro desastre motivado por circunstancias imprevistas, provenientes de fuerza o situaciones externas a la voluntad de las partes a las cuales no le es posible resistir siempre que los hechos directa o indirectamente hayan afectado en forma real y efectiva el cumplimiento eficiente y oportuno de las estipulaciones contractuales. Cada parte se compromete a comunicar a la otra, dentro del plazo de DIEZ (10) DÍAS de ocurrido el hecho que diere lugar a caso fortuito o fuerza mayor, acompañando las pruebas correspondientes, de conformidad con lo establecido en el artículo veintisiete (27) del Reglamento de "LA LEY". La imposibilidad del cumplimiento de las obligaciones por el acaecimiento de un hecho que constituye caso fortuito o fuerza mayor, dará lugar a la suspensión de la obra y al otorgamiento

16

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,   0 3 AGO 2021

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones, Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____ OF. No._____

REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL NUMERO Y REFERENCIA DE ESTA NOTA.

automático de la prórroga correspondiente del plazo convenido en este contrato, sin aplicación de sanciones. En todo caso, el tiempo de la prórroga no será mayor al tiempo de duración de la suspensión por las causas o circunstancias que dieron lugar al caso fortuito o fuerza mayor.------------------

***SÉPTIMA: FLUCTUACIÓN DE PRECIOS:*** **A)** Se entiende por "FLUCTUACIÓN DE PRECIOS" el cambio en más (incremento) o en menos (decremento) que sufran los costos de los bienes, suministros y obras, sobre la base de los precios que figuran en la oferta de la "EL CONTRATISTA" e incorporados al contrato, los que se reconocerán por las partes y los aceptarán para su pago o para su deducción. El monto de las fluctuaciones de precios se reconocerán y pagarán o deducirán a "EL CONTRATISTA" de conformidad con los artículos siete (7) y sesenta uno (61) de "LA LEY"; siguiendo el procedimiento contenido en el artículo tres (3) numeral uno (1), SISTEMA DE FÓRMULAS, del Reglamento de "LA LEY". Los pagos por fluctuación de precios se harán efectivos según se establece en la literal D) de la cláusula tercera de este instrumento. **B) FÓRMULA GENERAL:** La fórmula general para el reajuste de los precios de los diferentes elementos que integran cada uno de los renglones es la siguiente: $R = (C-I) A^*E$; en donde $R$ = valor del reajuste; $E$ = monto bruto de la estimación o pago; $A$ = factor de anticipo; que se aplicará calculando la relación porcentual entre el anticipo amortizado y el monto original del contrato sobre el cual se concedió el mismo de acuerdo a la tabla contenida en el artículo tres (3) del Reglamento de "LA LEY"; $C$ = factor del reajuste de cada renglón que se calculará de acuerdo a la siguiente fórmula: $C = Ko + \Sigma Ke \times Ie/Io$; donde ; $Ko$ = coeficiente de ponderación que representa los gastos fijos del contrato

17

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,         0 3 AGO 2021

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



Ministerio de Comunicaciones,
Infraestructura y Vivienda
GOBIERNO DE GUATEMALA

Reg. No. _____ OF. No. _____

REF. _____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

(fianzas, seguros, gastos legales, timbres profesionales y/o fiscales, acometida de servicios para instalaciones provisionales y gastos de administración) el que no debe exceder del seis por ciento (6%); $\Sigma$ = Sumatoria; Ke = coeficiente de ponderación de cada elemento dentro del renglón de trabajo del contrato; Ie= índice de precios del elemento en el mes a que corresponde la estimación, de acuerdo al programa de trabajo vigente; Io= índice de precios del elemento en el mes de apertura de oferta o de presentación de precios para trabajos extras y variaciones del contrato, a que se refiere el artículo cincuenta y dos (52) de "LA LEY"; dichos Acuerdos de Trabajo Extra deberán contener expresamente las fórmulas particulares a aplicarse y se especificará el mes de presentación de la oferta del respectivo trabajo extra. **C) PROCEDIMIENTO PARA EL CÁLCULO: 1)** Al determinarse el monto de la estimación de trabajo de cada período, se efectuará el cálculo de la fluctuación causada, mediante la aplicación de las fórmulas particulares de este contrato, con base en los índices de precios publicados por el Instituto Nacional de Estadística (INE). Si los índices correspondientes al mes de la estimación no estuvieran publicados cuando se efectúe el cálculo regirán con carácter provisional los publicados inmediatos anteriores. El ajuste definitivo se efectuará cuando sean publicados todo los índices del mes a que corresponda la estimación. **2)** La fluctuación será calculada para la fecha en la cual la estimación de trabajo debió haber sido ejecutada de acuerdo al programa de trabajo vigente, aunque la misma hubiese sido ejecutada posteriormente. Cuando haya incumplimiento por parte de "EL CONTRATISTA", no se reconocerán los sobrecostos que correspondan al período de desfase comprendido entre la fecha programada y la fecha de

18

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,

0 3 AGO 2020

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones, Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No. _____ OF. No. _____

REF. _____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

ejecución. Debe entenderse que el programa de trabajo será modificado cuando el atraso en la ejecución de la obra se deba a causas no imputables a "EL CONTRATISTA". También se podrá modificar el programa de trabajo, cuando se autoricen prórrogas al plazo contractual y cuando el supervisor ordene cambios en el orden de ejecución de los renglones de trabajo. **3)** En el caso de que "EL CONTRATISTA" ejecute el trabajo anticipadamente a la programación, la fluctuación se calculará con los índices del mes de la estimación en que se haya ejecutado el trabajo. **4)** Conjuntamente con la estimación de trabajo se tramitará y efectuará el pago de sobrecostos, el cual podrá quedar sujeto a un ajuste por incremento o decremento, según resulte de la aplicación de los índices definitivos que le correspondan. **5)** Dentro de los veinte (20) días calendario siguientes a la fecha de publicación de los índices de precios, "EL CONTRATISTA" presentará el cálculo de las fluctuaciones definitivas de cada período, estableciendo la diferencia que exista con el cálculo provisional efectuado conjuntamente con la estimación de trabajo. En la siguiente estimación se hará el ajuste correspondiente. Si no hubiera estimaciones de trabajo pendientes, el ajuste se hará en la liquidación. Si "EL CONTRATISTA" no presenta dentro del tiempo antes indicado la solicitud de ajuste definitivo, prescribirá el derecho al cobro de cualquier diferencia que resultare a su favor entre el ajuste definitivo y el reajuste provisional. Transcurrido dicho período sin que "EL CONTRATISTA" haya presentado su solicitud de ajuste definitivo, el supervisor deberá calcularlo dentro de los diez (10) días calendario siguientes para que si el ajuste fuese a favor de "EL ESTADO" se deduzca de la siguiente estimación. **D)** FÓRMULAS PARTICULARES: Las fórmulas

19

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,                0 3 AGO 2021

Lic. José Antonio Alvarado Ramirez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones,**
**Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____ OF. No._____

REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

a utilizar para el cálculo del factor de reajuste "C" para cada renglón, son las que aparecen transcritas a continuación:----------------------------------------------

Las fórmulas desarrolladas para cada renglón son: **1.)** RENGLONES CUYA FECHA DE OFERTA ES SEPTIEMBRE DE MIL NOVECIENTOS NOVENTA Y SEIS (1996): RENGLÓN 607.04.- CUNETAS REVESTIDAS DE CONCRETO SIMPLE (2000) FUNDIDO EN SITIO. **C1: =** $0.06 + 0.07$ M.23 $+ 0.04$ M.21 $+ 0.05$ C.3 $+ 0.01$ M.6 $+ 0.19$ J4.7 $+ 0.05$ J4.1 $+ 0.15$ J4.8 $+ 0.07$ M.4 $+ 0.31$ N.1. RENGLONES 407 (1).- CONCRETO ASFÁLTICO EN CALIENTE PARA AJUSTE DE HOMBROS 1.00 DE ANCHO C/U Y 5 CMS DE ESPESOR NO INCLUYE ACARREO y 407.- CONCRETO ASFÁLTICO EN CALIENTE DOS CAPAS DE 6.00 CMS CADA UNA, ANCHO 9.00 MTS, NO INCLUYE ACARREO. **C2: =** $0.06 + 0.26$ M.23 $+ 0.17$ M.21 $+ 0.29$ C.1 $+ 0.01$ M.6 $+ 0.10$ M.4 $+ 0.11$ N.1. RENGLÓN 408.- RIEGO DE LIGA. **C3: =** $0.06 + 0.08$ M.23 $+ 0.06$ M.21 $+ 0.07$ C.1 $+ 0.01$ M.6 $+ 0.54$ C.4 $+ 0.18$ N.1. RENGLONES 706.08(a)(1).- PINTURA TERMOPLÁSTICA PARA LÍNEA CENTRAL; 706.08(b)(1).- PINTURA TERMOPLÁSTICA PARA LÍNEA NO CENTRAL; y 709.- DISPOSITIVOS PARA SEÑALIZACIÓN NOCTURNA, SUMINISTRO Y COLOCACIÓN. **C4 =** $0.06 + 0.03$ M.23 $+ 0.03$ M.21 $+ 0.06$ C.1 $+ 0.78$ M.15 $+ 0.04$ N.1. RENGLÓN 707.05 (C)IP.- SEÑALES DE TRÁFICO INDICADORAS DEL PROYECTO, SUMINISTRO Y COLOCACIÓN. **C5 =** $0.06 + 0.01$ M.21 $+ 0.02$ C.3 $+ 0.88$ M.15 $+ 0.03$ N.1. **2.)** RENGLONES CUYA FECHA DE OFERTA ES AGOSTO DEL AÑO DOS MIL (2000): RENGLÓN 708.- BORDILLOS DE 15 CMS. x 30 CMS DE CONCRETO 2500 PSI. **C6:** $0.06 + 0.07$ M.23 $+ 0.04$ M.21 $+ 0.05$ C.3 $+ 0.01$ M.6 $+ 0.19$ J4.7 $+ 0.05$ J4.1 $+ 0.15$

8a. Avenida y 15 Calle, Zona 13. Teléfonos: 362-6051-5 Fax: 362-6066
mctop@inet.com.gt

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,   0 3 AGO 2021

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones, Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____ OF. No._____

REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

J4.8 + 0.07 M.4 + 0.31 N.1. **RENGLÓN 1.0.-** CARPETA PARA RELLENO DE BACHES, INCLUYENDO EXCAVACIÓN Y ACARREO DE MATERIAL INADECUADO Y CARPETA. **C7** = 0.06 + 0.15 M.23 + 0.11 M.21 + 0.07 C.1 + 0.04 C.2 + 0.07 N.1 + 0.33 C.6 + 0.11 J4.8 + 0.06 J4.1. **RENGLÓN 2.0.-** TRABAJOS POR ADMINISTRACIÓN (ESTUDIOS ESPECIALES; TRES MEDICIONES DE IRI Y DEFLEXIONES; SEÑALES PROVISIONALES; OTROS): NO SE RECONOCERAN SOBRECOSTOS. RENGLÓN 407.09.- MATERIAL BITUMINOSO PARA CONCRETO ASFÁLTICO. **C8** = 0.06 + 0.94 C.4. RENGLONES 207.06(b)(1).- ACARREO DE PIEDRA O GRAVA PARA TRITURACIÓN, MEDIDO EN CAMIÓN; RENGLÓN 207.06(b)(2).- ACARREO DE CONCRETO ASFÁLTICO Y BASE NEGRA EN CAMIÓN; y RENGLÓN 207.06(b)(3).- ACARREO DE MATERIAL TRITURADO PARA BASE, CONCRETO ASFÁLTICO Y ACARREO DE MATERIAL PARA SUB-BASE, MEDIDO EN CAMIÓN. **C9** = 0.06 + 0.29 M.23 + 0.19 M.21 + 0.25 C.3 + 0.01 C.2 + 0.10 M.6 + 0.10 N.1.------------------------------------------------
DESCRIPCIÓN DE ÍNDICES DEL INSTITUTO NACIONAL DE ESTADÍSTICA UTILIZADOS EN LAS FÓRMULAS PARTICULARES. C.1 ACEITE DIESEL. C.2 ACEITE PARA MOTOR DIESEL. C.3 GASOLINA REGULAR. C.4 MATERIAL BITUMINOSO AC-85/100. C.0 MATERIAL BITUMINOSO RC-250. J4.1 ARENA DE RÍO. J4.7 CEMENTO (PRECIO GOBIERNO). J4.8 PIEDRIN DE ¾" (1/2" Y 3/8"). M.4 FLETE. M.6 LLANTAS PARA CAMIÓN (900x20) NACIONAL. M.15 PINTURA PARA SEÑALES CARRETERA (FLÚOR). M.21 REPUESTOS DE ORIGEN IMPORTADO PARA MAQUINARIA PESADA. M.23 MAQUINARIA. N.1 SALARIO. O.5 INDICE DE PRECIOS AL CONSUMIDOR CAPITAL ----------------------------

21

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,

**0 3 AGO 2021**

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones, Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

| Reg. No._____OF. No._____ |
| REF._____ |

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

***OCTAVA: PERSONAL Y SALARIOS.*** **a)** "EL CONTRATISTA" SE OBLIGA A EMPLEAR COMO "SUPERINTENDENTE" a un Ingeniero Civil que represente a "EL CONTRATISTA" en todas las actuaciones de índole técnica, necesarias para la ejecución de los trabajos. **b)** "EL CONTRATISTA" deberá cumplir con lo establecido en los artículos trece (13) y sesenta y uno (61) del Inciso b) del Decreto un mil cuatrocientos cuarenta y uno (1,441) del Congreso de la República (Código de Trabajo). Los salarios que debe pagar no podrán ser inferiores a lo indicado en la Subsección ciento ocho punto cero tres (108.03) de "LAS ESPECIFICACIONES" y en otras Disposiciones Legales de la República de Guatemala. **c)** "EL CONTRATISTA" por su propia cuenta y bajo su exclusiva responsabilidad pagará sueldos y salarios, planillas de mano de obra y materiales, cuotas de seguridad social y demás obligaciones que le impongan las leyes y disposiciones legales en materia laboral y asumirá la calidad de patrono, eximiendo en forma expresa a "EL ESTADO.------------------------------------------

***NOVENA:*** ***OBLIGACIONES DE "EL CONTRATISTA".*** **a)** "EL CONTRATISTA" está obligado a ejecutar la totalidad de los trabajos contratados con entera sujeción a los Planos, Especificaciones Técnicas y Especiales y de conformidad con "LAS ESPECIFICACIONES" **b)** "EL CONTRATISTA" deberá haber revisado cuidadosamente los documentos contractuales y reconocido en el campo los lugares donde serán ejecutados los trabajos. **c)** "EL CONTRATISTA" no deberá iniciar la ejecución física de cualquier cambio de diseño, sin contar con la orden escrita de "LA SUPERVISORA". En caso lo hiciera sin llenar los requisitos indicados, los trabajos que el mismo involucre, serán por su cuenta y riesgo. **d)** "EL

22

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,

**0 3 AGO 2021**

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones, Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____OF. No._____
REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

CONTRATISTA" deberá presentar a "LA SUPERVISORA" con anticipación suficiente, muestra de los materiales a ser utilizados si son nacionales, y certificaciones del fabricante si son importados, los que deberán ser aprobados por "LA SUPERVISORA" antes de poder ser empleados en la obra. Asimismo "LA SUPERVISORA" podrá solicitar a "EL CONTRATISTA" muestras de los materiales importados para ser sometidos a ensayos, cuando las certificaciones de dichos materiales no sean específicos del lote de que se trate o sea insuficiente. **e)** "EL CONTRATISTA" por orden escrita de "LA SUPERVISORA" deberá retirar de la obra a cualquier trabajador o empleado por causa razonable y que se compruebe sea incompetente, negligente, insubordinado y perjudicial para la buena marcha de los trabajos. **f)** "EL CONTRATISTA" al iniciar los trabajos deberá comunicar por escrito a "LA SUPERVISORA" el nombre de la persona que designe como Superintendente y el personal ejecutivo. También deberá comunicar los cambios que ocurran en el transcurso de la ejecución de los trabajos. **g)** "EL CONTRATISTA" deberá aportar todo el equipo, maquinaria, herramientas, combustible, lubricantes, materiales, mano de obra y demás elementos necesarios para la ejecución de los trabajos que se contratan. "EL CONTRATISTA" también deberá construir, mantener y operar por su cuenta sus campamentos.------------------------------------------------------------------------

**DÉCIMA: SUBCONTRATOS Y PROHIBICIONES.** "EL CONTRATISTA" podrá subcontratar parcialmente los trabajos objeto de este contrato siempre que medie autorización previa otorgada por "EL MINISTERIO". Los subcontratistas deberán satisfacer lo dispuesto en el artículo cincuenta y tres (53) de "LA LEY". Para el efecto "EL CONTRATISTA" deberá con la solicitud



23

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,        **0 3 AGO 2021**

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones, Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____OF. No._____

REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

respectiva, presentar un proyecto de subcontrato, el cual deberá ser aprobado por "EL MINISTERIO" y celebrado en Escritura Pública. "EL CONTRATISTA" deberá presentar las copias que requiera "EL MINISTERIO". Queda prohibido a "EL CONTRATISTA" ceder, gravar, enajenar, o traspasar en cualquier forma los derechos y obligaciones que adquiere por este contrato, sin la autorización expresa de "EL ESTADO", no pudiendo en todo caso la suma de todos los sub-contratos ser mayor del cincuenta por ciento (50%) del contrato principal.-------------------------------

**DÉCIMA PRIMERA: FIANZAS, SEGUROS, TIEMPO DE RESPONSABILIDAD. A)** FIANZA DE ANTICIPO: Para que "EL CONTRATISTA" pueda recibir el pago en concepto de Anticipo, deberá constituir a favor de "EL MINISTERIO", una fianza de anticipo que garantice el CIEN POR CIENTO (100%) del mismo, emitida por una institución afianzadora debidamente autorizada para esta clase de operaciones en el país, para garantizar su correcta aplicación. Esta fianza no podrá ser endosada en ningún caso por "EL CONTRATISTA" y deberá mantenerse en vigencia hasta que esté amortizado en su totalidad el anticipo proporcionado. La fianza de anticipo la hará efectiva "EL MINISTERIO" en caso de que "EL CONTRATISTA" no hiciera correcta aplicación del anticipo. Según el caso y recibido el informe correspondiente que deberá rendir "LA DIRECCIÓN" sobre las razones que justifiquen hacer efectiva la fianza, "EL MINISTERIO" ordenará el requerimiento. "LA AFIANZADORA" deberá efectuar el pago dentro de un plazo de QUINCE (15) DÍAS, contados a partir de la fecha del requerimiento. **B)** FIANZA DE CUMPLIMIENTO. Como requisito previo para la aprobación del presente contrato, por Acuerdo Ministerial, "EL



24

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,

0 3 AGO 2021

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones, Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____ OF. No._____

REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

CONTRATISTA" deberá  otorgar a favor y a entera satisfacción de  "EL MINISTERIO"  y emitida por una institución afianzadora debidamente autorizada para operar en Guatemala y de reconocida capacidad y solvencia financiera, una Fianza de cumplimiento, equivalente al DIEZ POR CIENTO (10%) del monto original del presente contrato, que garantizará: **1)** Con un diez por ciento (10%) el pago de salarios y prestaciones laborales a los trabajadores, incluyendo las cuotas patronales establecidas por la ley; y **2)** Con el noventa por ciento (90%) restante, el cumplimiento del contrato de acuerdo a "LAS ESPECIFICACIONES", planos y demás documentos contractuales, así como de la ejecución de la obra dentro del plazo de ejecución estipulado. La Fianza de Cumplimiento debe estar vigente, hasta que "EL CONTRATISTA" la sustituya por la Fianza de Conservación de Obra. La fianza de cumplimiento se hará efectiva si "EL CONTATISTA" incurre en cualquiera de las causas establecidas en el numeral 1) de la Cláusula Décima Segunda de este contrato y en tal caso, "EL MINISTERIO" dictará providencia señalando a "EL CONTRATISTA" y a su fiador, el plazo de DIEZ (10) DÍAS para que, acompañando las pruebas y documentación necesaria, expresen lo que estimen procedentes en defensa de sus intereses. Vencido el plazo indicado "EL MINISTERIO" resolverá teniendo por desvanecido el cargo formulado o en su caso emitirá resolución a su elección, para que se proceda de acuerdo con las siguientes opciones: **A)** "EL MINISTERIO" concederá a "LA AFIANZADODRA" un plazo de quince (15) días para que proceda a la intervención a efecto de garantizar la total y satisfactoria terminación de la obra, de acuerdo con "LAS ESPECIFICACIONES", planos y demás documentos contractuales. Para tal

8a. Avenida y 15 Calle, Zona 13.  Teléfonos: 362-6051-5  Fax: 362-6066
mctop@inet.com.gt

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,   **0 3 AGO 2021**

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones, Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____ OF. No._____
REF._____
AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

efecto "LA AFIANZADORA" y "EL CONTRATISTA" deberán constituir en escritura pública la intervención con el objeto de fijar las condiciones en que se desarrollará la misma, enviando previamente a "EL MINISTERIO" el proyecto de dicho instrumento para su revisión, modificación en su caso y aprobación. La escritura de intervención deberá contener como mínimo los requisitos siguientes. **1)** Condiciones generales y específicas en que se ejecutará la intervención con indicación de que se aplicarán débitos en el monto de la fianza por medio de endosos, créditos o incrementos de la misma a efecto de restituirla a su monto original, con los pagos por estimaciones de trabajo y sobrecostos. **2)** La obligación expresa de "LA AFIANZADORA" de nombrar al interventor dentro del plazo del cinco (5) días a partir de la fecha de aprobación de la escritura de intervención por "EL MINISTERIO". Transcurrido dicho plazo sin que "LA AFIANZADORA" haya hecho el nombramiento correspondiente. "EL MINISTERIO" queda plenamente facultado para nombrar al interventor, quién por ese sólo hecho queda facultado para el ejercicio del cargo y desempeño de las atribuciones que se le asignen. **3)** El interventor deberá reunir como mínimo los siguientes requisitos: **a)** Profesional de la Ingeniería Civil, colegiado activo; **b)** Tener como mínimo diez (10) años de experiencia en la especialidad del trabajo objeto de la intervención; y **c)** No estar comprendido en las prohibiciones contenidas en el artículo ochenta (80) de "LA LEY". **4)** "LA AFIANZADORA" se obliga a celebrar escritura pública para el nombramiento del interventor, estipulando en la misma, los honorarios y las funciones a desempeñar por éste, siendo como mínimas las siguientes: **a)** Administración, dirección y ejecución de los trabajos objeto del contrato; y **b)**

26

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la presente Fotocopia ha sido tomada
del original en su presencia,
Guatemala,      0 3 AGO 2021

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones,
Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____ OF. No._____

REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

Ser órgano comunicativo entre "EL MINISTERIO" con "EL CONTRATISTA "
y "LA AFIANZADORA". En dicho instrumento se hará constar que el
interventor tendrá facultades amplias y totales para cuyo efecto "LA
AFIANZADORA" otorgará Mandato Especial con representación, con
autorización expresa para que pueda gestionar, recibir, depositar en las
cuentas respectivas establecidas por "LA AFIANZADORA" y administrar los
pagos por estimaciones de trabajo, sobrecostos, retenciones de toda índole
y pagos por cualquier concepto, así como para dictar e instruir todas las
medidas y procedimientos que se consideren necesario para garantizar la
total y satisfactoria terminación de la obra; o **B)** "EL MINISTERIO" hará
efectiva la fianza de cumplimiento en la suma incumplida por "EL
CONTRATISTA", según los informes de "LA DIRECCIÓN", debiendo "LA
AFIANZADORA" hacer el pago correspondiente dentro del plazo de treinta
(30) días contados a partir de su requerimiento, sin formación de juicio
alguno, artículo judicial y/o expediente administrativo. **C)** FIANZA DE
CONSERVACIÓN DE OBRA. Como requisito previo para la recepción
definitiva de la obra, "EL CONTRATISTA" presentará fianza de
conservación de obra, que sustituya a la de cumplimiento por el equivalente
al quince por ciento (15%) del valor original del contrato de obra y cubrirá el
valor de las reparaciones, de las fallas o desperfectos que sean imputables a
"EL CONTRATISTA" y que aparecieren en la obra, durante el tiempo de
responsabilidad que es de DIECIOCHO (18) MESES contados a partir de la
fecha del acta de recepción definitiva de la obra objeto del contrato. "LA
DIRECCIÓN" al constatar las fallas o desperfectos que resultaren en la obra,
lo hará del conocimiento de "EL CONTRATISTA"     fijándole término para

27

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,

0 3 AGO 2021

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



Ministerio de Comunicaciones,
Infraestructura y Vivienda
GOBIERNO DE GUATEMALA

Reg. No._____ OF. No._____

REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

iniciar y concluir las reparaciones y si éste no diere principio a los trabajos en el término fijado, "LA DIRECCIÓN", sin más trámite, ordenará la ejecución de las reparaciones necesarias, ya sea con su personal o bien contratando la ejecución de las mismas con tercera persona, cargando todos los gastos a dicha fianza. "LA DIRECCIÓN" levantará el acta correspondiente dentro de los TRES (3) DÍAS hábiles siguientes al vencimiento de la vigencia de la Fianza de Conservación de Obra, haciendo constar si existen o no reclamos pendientes de ser satisfechos. Si hubiere reclamo "LA DIRECCIÓN" levantará una nueva acta al quedar satisfechos tales reclamos. **D) FIANZA DE SALDOS DEUDORES:** Para garantizar el pago de saldos deudores que pudieran resultar a favor de "EL ESTADO", de la entidad correspondiente o de terceros en la liquidación, "EL CONTRATISTA" deberá otorgar fianza, depósito en efectivo, hipoteca o prenda, a su elección, por el cinco por ciento (5%) del valor original del contrato. Esta garantía deberá otorgarse simultáneamente con la de conservación de obra como requisito previo para la recepción de la obra. Aprobada la liquidación si no hubiere saldos deudores, se cancelará esta garantía y las partes se otorgarán finiquito recíproco. **E) FORMA DE HACER EFECTIVAS LAS FIANZAS:** Las fianzas a que se refiere la presente cláusula, se harán efectivas por "EL MINISTERIO" con fundamento en el informe que le rinda "LA DIRECCIÓN", quien tomando como base el costo total de los trabajos ejecutados, indicará en su caso, el porcentaje incumplido por "EL CONTRATISTA" o bien, las fallas, desperfectos de obra o saldos que hubieran a favor de "EL ESTADO". De dicho informe "EL MINISTERIO" dará audiencia por Diez (10) días a "LA AFIANZADORA" para que exprese lo que estime pertinente; efectuado lo

28

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.

Guatemala,                    0 3 AGO 2021

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones, Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____ OF. No._____
REF._____
AL CONTESTAR, SIRVASE MENCIONAR EL NUMERO Y REFERENCIA DE ESTA NOTA.

cual o vencida la audiencia sin que se presente ninguna exposición, "EL MINISTERIO" si fuere procedente, sin más trámite ordenará el requerimiento. "LA AFIANZADORA" hará el pago dentro del plazo de TREINTA (30) DÍAS, contados a partir de la fecha en que se le efectuó el requerimiento. **F)** SEGUROS. "EL CONTRATISTA", deberá contratar los seguros que se indican en la Subsección ciento ocho punto quince (108.15) de "LAS ESPECIFICACIONES" con una entidad autorizada para operar en el país, las pólizas de los seguros deberán ser presentadas a "EL MINISTERIO" dentro de los TREINTA (30) DÍAS hábiles siguientes a la fecha en que se entregue el Acuerdo de Aprobación del Contrato y se mantendrán en vigencia hasta la fecha de la recepción final de la obra, bajo el entendido de que en caso la aseguradora pague cualquier suma con motivo de algún accidente, automáticamente el Seguro deberá quedar restituido a las cantidades límites correspondientes y fijadas en "LAS ESPECIFICACIONES". **G)** TIEMPO DE RESPONSABILIDAD. El tiempo de responsabilidad de "EL CONTRATISTA" con respecto a la calidad de la obra, será de DIECIOCHO (18) MESES, contados a partir de la fecha del acta de recepción definitiva de la obra. La caducidad del plazo anterior, no exime a "EL CONTRATISTA" de las responsabilidades por destrucción o deterioro de la obra debido a dolo o culpa de su parte, por el tiempo de CINCO (5) AÑOS, contados a partir de la fecha de la recepción de la obra.---------------------

***DÉCIMA SEGUNDA: CANCELACIÓN DEL CONTRATO. 1)*** "EL ESTADO" podrá dar por terminado el derecho de "EL CONTRATISTA" para proseguir la ejecución de la obra contratada, por las causas señaladas en las leyes y además, por las causas siguientes: **a)** Si "EL CONTRATISTA" no

8a. Avenida y 15 Calle, Zona 13.  Teléfonos: 362-6051-5  Fax: 362-6066
mctop@inet.com.gt

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,

0 3 AGO 2021

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
infraestructura y Vivienda



**Ministerio de Comunicaciones,
Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____OF. No._____

REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

principia los trabajos dentro del plazo de treinta (30) días calendario estipulados en la cláusula Quinta de este contrato. **b)** En caso de evidente negligencia de "EL CONTRATISTA" en la ejecución de los trabajos debido a insuficiencia de mano de obra, falta de equipo, materiales o fondos necesarios, para cumplir con el Programa de Trabajo aprobado en su oportunidad, a fin de asegurar la conclusión de la obra en el plazo fijado en este contrato. **c)** Si ejecuta los trabajos en forma inadecuada, si interrumpe la continuación de la obra o si por otras causas no lleva el trabajo en forma aceptable y diligente. La negligencia se comprobará con los dictámenes o informes de "LA SUPERVISORA" Y DE "EL INGENIERO" y será calificada por "EL MINISTERIO": **d)** Si "EL CONTRATISTA" es declarado en quiebra; **e)** Si se le embargare el equipo, maquinaria, fondos, implementos y materiales que usa en la obra o cualquier suma que debe pagársele por trabajo ejecutado, y el monto del embargo le impide cumplir sus obligaciones contractuales: **f)** Si no presentare los seguros a que está obligado conforme a este contrato: **g)** Si cometiere actos dolosos o culposos en perjuicio de la hacienda pública, o en perjuicio de la ejecución de los trabajos que abarca el contrato, a juicio y calificación de "EL MINISTERIO"; **h)** Si dejare de cumplir con cualesquiera de las obligaciones que contrae en este contrato; **1)** Si "EL CONTRATISTA" rehusare proseguir o dejare de ejecutar el trabajo, parcial o totalmente, con la diligencia necesaria para cumplir con el programa de Trabajo aprobado y no pudiera garantizar su terminación dentro del plazo especificado en este contrato o en cualquier prórroga que se le conceda, procediéndose a la ejecución de la Fianza de Cumplimiento en la forma prevista en la cláusula décima segunda de este contrato. **2)** Este contrato

30

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.

Guatemala,   0 3 AGO 2021

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones,
Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____ OF. No._____

REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

podrá ser cancelado parcial o totalmente por "EL ESTADO", por las causas de fuerza mayor que a su juicio lo justifiquen.  En tal caso "EL ESTADO" pagará una compensación justa y equitativa convenida de mutuo acuerdo; en caso de no poderse llegar a un acuerdo satisfactorio, el caso será resuelto según lo establecido en la cláusula décima novena de este contrato. **3)**  En caso de cancelación parcial o total de los trabajos.  "EL ESTADO" pagará a "EL CONTRATISTA" una cantidad igual a:  **a)** El valor del trabajo terminado o en proceso de terminación así como todos los materiales e insumos en proceso, según lo certifique "LA SUPERVISORA" y lo apruebe "LA DIRECCIÓN", menos los pagos efectúados previamente y menos el valor de cualquier reclamo que "EL ESTADO" pudiera tener contra "EL CONTRATISTA", con base en este contrato.  **b)**  un pago equitativo por los gastos incurridos por "EL CONTRATISTA" que no hayan sido pagados a causa de dicha terminación. **4)**  "EL CONTRATISTA" podrá solicitar la cancelación de este contrato, si "EL ESTADO" se retrasare en el pago o si incumpliera cualquiera de las obligaciones derivadas del mismo, tal como se estipula en la literal F), cláusula Quinta de este contrato.------------------

***DÉCIMA   TERCERA:    INSPECCIONES,   INSPECCIÓN   FINAL, RECEPCIÓN  Y  LIQUIDACIÓN.    A)    INSPECCIONES:***    "EL CONTRATISTA", deberá dar las facilidades necesarias para la realización de las  inspecciones  que  en  cualquier  momento  efectúen  al  Proyecto funcionarios de "EL MINISTERIO", y "LA DIRECCIÓN", acompañándoles en la realización de las mismas y permitiéndoles el libre acceso a las fuentes de origen, manufactura o producción de materiales, así como a las áreas de construcción  del  Proyecto,  proporcionándoles  toda  la  información  y

31

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,

0 3 AGO 2021

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones, Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____ OF. No._____

REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NÚMERO Y REFERENCIA DE ESTA NOTA.

asistencia necesarias, o instruyendo a su personal para que así lo haga, con el objeto de que las inspecciones mencionadas, sean lo más completas y detalladas posibles; **B) INSPECCIÓN FINAL.** "EL CONTRATISTA" deberá dar aviso por escrito a "LA SUPERVISORA" cuando la obra esté terminada, para que efectúe la inspección final de la misma dentro del plazo de QUINCE (15) DÍAS siguientes a la fecha en que reciba el aviso y, si los trabajos estuvieren ejecutados a su satisfacción, rendirá un informe pormenorizado. Si "LA SUPERVISORA" comprobare que hay partes que no se ajustan a los Planos y Especificaciones, notificará por escrito a "EL CONTRATISTA" sobre los defectos existentes, con el fin de que éste proceda a corregirlos en el menor tiempo posible, de acuerdo con sus instrucciones, debiendo también rendir un informe pormenorizado a "LA DIRECCIÓN". **C) RECEPCIÓN Y LIQUIDACIÓN. C.I) RECEPCIÓN:** Dentro del plazo de cinco (5) DÍAS siguientes a la recepción del informe pormenorizado correspondiente, "LA DIRECCIÓN" deberá nombrar la Comisión Receptora y Liquidadora de la obra, integrada por tres miembros, con la cual colaborará "LA SUPERVISORA" y "EL CONTRATISTA". Esta comisión Receptora tomando como base el presente contrato y los informes de las inspecciones efectuadas por "LA SUPERVISORA", deberá hacer la recepción de la obra dentro del plazo máximo de TREINTA Y CINCO (35) DÍAS contados a partir de la fecha de notificación de su nombramiento. Si la Comisión Receptora comprueba que los trabajos están ejecutados satisfactoriamente suscribirá el acta de recepción final de la obra; y, en caso contrario hará constar en acta: **a)** Las correcciones o trabajos extras que debe efectuar "EL CONTRATISTA", señalando los que serán pagados

32

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala, **0 3 AGO 2021**

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones,
Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____OF. No._____
REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

como trabajos extras y las correcciones que serán por cuenta de "EL CONTRATISTA"; **b)** El tiempo a emplearse y **c)** Si el tiempo necesario para ejecutar los trabajos se incluye dentro del plazo contractual de la obra o si se le concede tiempo adicional a "EL CONTRATISTA" para ejecutar estos trabajos. Al recibirse aviso por escrito de "LA SUPERVISORA", de encontrarse satisfechos los requerimientos de la Comisión Receptora, ésta dentro del plazo de CINCO (5) DÍAS, procederá a efectuar nueva inspección, suscribiendo el acta de recepción final correspondiente. La fecha de recepción definitiva de la obra será la del cierre de la última acta. A partir de la fecha de esta acta "LA DIRECCIÓN" velará por la conservación de la obra. No se tomarán en cuenta para el cómputo del plazo de terminación de la obra, el período comprendido entre la fecha de recepción del aviso por escrito de "EL CONTRATISTA" de que la obra está terminada y la fecha en que éste recibe el pliego de indicaciones por escrito o certificación del acta donde consten las correcciones que debe efectuar. Para la obra objeto del presente contrato, podrán hacerse recepciones parciales de la obra con el fin de ponerla a disposición de los usuarios dejando, en este caso, eximido a "EL CONTRATISTA" de la obligación del mantenimiento. **C.2) LIQUIDACIÓN.** La Comisión, en un plazo de noventa (90) días procederá a efectuar la liquidación del contrato, verificando los cálculos del contrato, levantando acta explicativa, formulando y firmando los cuadros contables que sean necesarios para establecer el importe de los pagos o cobros que deban hacerse a "EL CONTRATISTA". Si transcurrido dicho plazo la Comisión no ha suscrito el acta correspondiente, "EL CONTRATISTA" puede presentar a "LA DIRECCIÓN" un proyecto de liquidación. "LA DIRECCIÓN"

33

El infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,

0 3 AGO 2021

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones, Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____ OF. No._____
REF._____

AL CONTESTAR, SÍRVASE MENCIONAR EL NÚMERO Y REFERENCIA DE ESTA NOTA.

deberá aprobar o improbar la liquidación elaborada por la Comisión o el proyecto de liquidación presentado por "EL CONTRATISTA" dentro del mes siguiente de recibida la respectiva documentación. Si vencido este plazo no se produce ninguna resolución, con la petición de aprobación presentada por "EL CONTRATISTA", se tendrá por resuelta favorablemente. En caso de inconformidad de "EL CONTRATISTA" con la liquidación final elaborada por la Comisión, presentará su reclamación por escrito, acompañando los datos, pruebas, cálculos, etcétera, que fundamenten su reclamación y que permitan hacer los cómputos correspondiente. El reclamo deberá presentarse a "LA DIRECCIÓN" dentro de un plazo de VEINTE (20) días siguientes a la fecha en que "EL CONTRATISTA" sea notificado de la certificación del acta de cómputos finales, levantada por la Comisión, para que con la documentación completa, "LA DIRECCIÓN" resuelva lo procedente.-------------------------

*DÉCIMA CUARTA: IMPUESTOS, IMPORTACIONES TEMPORALES.* "EL CONTRATISTA" se obliga al pago de los impuestos legalmente vigentes y al pago del timbre de ingeniería que cause el contrato, adhiriendo las estampillas que correspondan a las facturas de cada una de las estimaciones. "EL CONTRATISTA" podrá importar temporalmente la maquinaria, equipo y vehículos de trabajo, para emplearlos exclusivamente en las obras objeto de este contrato en las cantidades estrictamente necesarias para ese efecto, debiendo cumplir con los reglamentos vigentes para la re-exportación de la maquinaria y/o equipo o el pago de los impuestos de importación cuando estos se queden definitivamente en el país.----------------------------------------------------------------------

*DÉCIMA QUINTA: OTRAS ESTIPULACIONES:* El mantenimiento de la

34

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,

0 3 AGO 2021

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones,
Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____OF. No.:_____

REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

carretera actual entre las poblaciones de Escuintla del Departamento de Escuintla y la ciudad de Pedro de Alvarado del departamento de Jutiapa, así como los accesos a bancos de materiales y abastecimientos de agua, se efectuará de acuerdo a las Ordenes de Campo emitidas por el "DELEGADO RESIDENTE" y se pagará a "EL CONTRATISTA" como Trabajos por Administración, a través de la emisión de Acuerdos de Trabajo Extra, en los cuales se estipularán los trabajos a realizar. -----------------------------------

*DÉCIMA SEXTA: MONEDA DE PAGO.* Todos los pagos que con cargo al presente contrato que debe hace "EL ESTADO" a "EL CONTRATISA" serán efectuados en moneda nacional, en quetzales, en efectivo y/o títulos valores calificados de primer orden en el mercado financiero y, en todo caso, previamente aceptados por "EL CONTRATISTA".-----------------------

*DÉCIMA SÉPTIMA: AMPLIACIONES AL CONTRATO.* En virtud de que las cantidades de trabajo aquí consignadas son estimadas, con base a lo que establece el artículo cincuenta y dos (52) de la "LA LEY" y los artículos veintiocho (28) y veintinueve (29) de su Reglamento, se podrán efectuar variaciones al valor del presente contrato hasta en un veinte por ciento (20%) en más del valor original ajustado del contrato, emitiéndose para el efecto Ordenes de Cambio, Ordenes de Trabajo Suplementario y/o Acuerdos de Trabajo Extra que serán aprobados por "EL DIRECTOR". Para el cálculo de los valores en los porcentajes establecidos en el artículo cincuenta y dos (52) de "LA LEY", se procederá a calcular el valor original ajustado del contrato de conformidad con el artículo veintinueve (29) del Reglamento de " LA LEY". A este valor original ajustado del contrato se aplicará el porcentaje del veinte por ciento (20%) establecido en el artículo

35

El infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,   0 3 AGO 2021

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones,**
**Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____ OF. No._____
REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

ya mencionado de "LA LEY". Los valores así calculados se sumarán al valor original ajustado del contrato para determinar el límite máximo para contratar con documentos de cambio permitido por "LA LEY".----------------------------

**DÉCIMA OCTAVA: INVARIABILIDAD DEL CONTRATO ORIGINAL.** Las cláusulas de los contratos: a) número ciento veintisiete guión ochenta y ocho (127-88), de fecha tres (3) de noviembre de mil novecientos ochenta y ocho (1988), aprobado en Acuerdo Ministerial número dos mil setecientos veintinueve (2,729), de fecha veintinueve (29) de noviembre de mil novecientos ochenta y ocho (1988); y b) contrato setenta y cuatro guión noventa y seis (74-96), de fecha diez (10) de octubre de mil novecientos noventa y seis (1996), aprobado en Acuerdo Ministerial número tres mil seiscientos noventa y uno (3,691), de fecha catorce (14) de octubre de mil novecientos noventa y seis (1996) quedan vigentes; con excepción de las modificaciones de este contrato y las derivadas de "LA LEY".----------------------

**DÉCIMA NOVENA: CONTROVERSIAS.** "EL MINISTERIO" y "EL CONTRATISTA" convienen en que las controversias, diferencias, conflictos o reclamaciones que surgieren con motivo del presente contrato, tanto durante su vigencia como a la terminación del mismo, por cualquier causa, serán resueltos entre las partes en forma directa y amigable, pero si no fuere posible llegar a un acuerdo, la cuestión o cuestiones a dilucidarse serán sometidas a arbitraje de equidad, de conformidad con el Reglamento del Centro de Arbitraje y Conciliación (CENAC) de la Cámara de Comercio de Guatemala, institución a la que le encargan la administración del arbitraje y la autorizan para que nombre a los árbitros que deban dilucidar el conflicto, teniendo lugar el arbitraje en la ciudad de Guatemala.-------------------------------

36

El infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,

0 3 AGO 2020

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



**Ministerio de Comunicaciones,
Infraestructura y Vivienda**
GOBIERNO DE GUATEMALA

Reg. No._____ Of. No. _____

REF._____

AL CONTESTAR, SIRVASE MENCIONAR EL
NUMERO Y REFERENCIA DE ESTA NOTA.

*VIGÉSIMA: DECLARACIÓN JURADA.* "EL CONTRATISTA" declara bajo juramento que no está comprendido dentro de las prohibiciones que establece el artículo ochenta (80) de "LA LEY".------------------------------

*VIGÉSIMA PRIMERA: APROBACIÓN.* Para que el presente contrato surta sus efectos legales y obligue a las partes a su cumplimiento es indispensable que sea aprobado de conformidad con lo estipulado en los artículos tres (3), cuarenta y ocho (48) y cuarenta y nueve (49) de "LA LEY".-

*VIGÉSIMA SEGUNDA: ACEPTACIÓN.* En las condiciones indicadas en el presente contrato, el que es leído íntegramente, los otorgantes enterados de su contenido, validez y efectos legales, lo ratificamos, aceptamos y firmamos en treinta y siete (37) hojas de papel con membrete de "EL MINISTERIO".--

37

El Infrascrito Secretario Administrativo del Ministerio
de Comunicaciones, Infraestructura y Vivienda
CERTIFICA: Que la Presente Fotocopia ha sido tomada
del original en su presencia.
Guatemala,

0 3 AGO 2021

Lic. José Antonio Alvarado Ramírez
Secretario Administrativo
Ministerio de Comunicaciones,
Infraestructura y Vivienda



# República de Guatemala

MINISTERIO DE RELACIONES EXTERIORES



## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

**Código de Verificación:** **Zqzlns**
Verification code / Code de vérification
**VERIFICACIÓN EN LÍNEA:**
La autenticidad de esta apostilla puede ser verificada en:
To verify the issuance of this apostille, see:
Cette apostille peut être vérifiée à l'adresse suivante:
**https://apostilla.minex.gob.gt**

Digitally signed by
MINISTERIO DE RELACIONES
EXTERIORES
Date: 2021.09.23
Reason: CERTIFICACIONES Y CONSTANCIAS DEL MINISTERIO DE
COMUNICACIONES INFRAESTRUCTURA Y VIVIENDA
Location:
https://apostilla.minex.gob.gt

**1. País: República de Guatemala**
*(country / Pays:)*

### El presente documento público
*(this public document / le présent acte public)*

**2. Ha sido firmado por:** JOSE ANTONIO ALVARADO RAMIREZ
*(has been signed by / a été signé par:)*

**3. Quien actúa en la calidad de:** SECRETARIO ADMINISTRATIVO
*(acting in capacity of / agissant en qualité de:)*

**4. Y está revestido del sello / timbre de:** MINISTERIO DE COMUNICACIONES INFRAESTRUCTURA Y VIVIENDA
*(Bears the seal / stamp of / est revêtu du sceau / timbre de:)*

### Certificado
*Certificate / Attesté*

**5. En:** GUATEMALA
*(at / à:)*

**6. El día:** 23/09/2021
*(the / le:)*

**7. Por:** ELFIDO GIOVANI DE PAZ ACEVEDO
*(by / par:)*

**8. Bajo el número:** 2717772021
*(number / sous n°:)*



Impuesto del Timbre Fiscal pagado según
Decreto 37-92 del Congreso de la
República de Guatemala con Formulario
SAT 7130 No. 32689154792

**9. Sello / timbre:**
*(seal/stamp – sceau/timbre:)*

**10. Firma**
*(signature / signature:)*

El Ministerio de Relaciones Exteriores no asume responsabilidad alguna por el contenido ni por la eficacia jurídica de este documento y la presente legalización se limita a reconocer la autenticidad de la firma del funcionario en referencia.

The Ministry of Foreign Affairs does not assume any responsibility for the contents or validity of this document and merely authenticates the signature of the officer involved.

Le Ministère des Affaires Étrangères n'est pas responsable, en aucun cas, ni par rapport au contenu, ni de l'efficacité juridique de ce document. Raison pour laquelle, cette légalisation se limite à reconnaître l'authenticité de la signature du fonctionnaire en référence.

Este es un documento oficial del Ministerio de Relaciones Exteriores de la República de Guatemala